# Exhibit C

# G-Light Alibaba Site 1

# (selling replicas of Munro's *Forest of Light*™ and identifying *The Night Garden* as a reference account)



View larger image

Add to Compare Share

Hot sale cheap Bruce Munro style outdoor woods decoration fiber optic light

FOB **Reference** Price: Get Latest Price

>=1 Sets
**$1,200.00**

Lead Time:

| Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|
| Est. Time(days) | 20 | Negotiable |

Customization: Customized logo (Min. Order: 50 Sets)
Customized packaging (Min. Order: 50 Sets) More

Samples: $1,200.00 /Sets | 1 Sets (Min. Order) Buy Samples

**Trade Assurance** protects your Alibaba.com orders

Payments: VISA Online Bank Payment T/T Pay Later WesternUnion WU

Alibaba.com Logistics · Inspection Solutions · Production View · One-Stop Service

For product pricing, cu
other inquiries:

Contact S

Chat N

Verified Su

Zhongshan G-Lights L
Manufacturer, Trading
CN 5YRS 4.6
95.8% Response Rate
180,000+ for 100 Tra
97.9% On-time deliver

Contact Supplier
Chat Now
Browsing History

## Company highlights View company profile >

Verified by Bureau Veritas

| Employees | R&D staffs | Patents |
|---|---|---|
| 51-100 | 1-4 | 1 |

Certifications (0)
-

You may like

Park lav
flower c
$1,200.
1 Set

outdoor
landsca
$700.0
1 Set

New sty
flower c
$1,200.
1 Set

Custom
lighting
$90.00
1 Set

Creative
custom
$5,000.
2 Sets

Christm
grand li
$1,200.
1 Set

6w RGB
tube lig
$4.00 -
1 Piece

Hot sale
park lig
$190.0
1 Piece

TOP

## Overview

### Quick Details

| | | | |
|---|---|---|---|
| Place of Origin: | China | Brand Name: | G-Lights |
| Model Number: | FB-172 | Lamp Body Material: | PMMA |
| CRI (Ra>): | 80 | Input Voltage(V): | AC110-265V |
| Lamp Power(W): | 45 | Working Lifetime(H... | 50000 |
| Working Temperat... | -20 - 50 | Light Source: | LED |
| Item Type: | Fiber Optic Lights | Emitting Color: | Changeable |
| Size of Chandelier: | can be customized | Factor: | 0.95-0.99 |
| color: | single color or changeable | Material: | Pmma |
| Diameter of Fiber: | 0.75mm/1mm | Brand of Fiber: | Mitsubishi |
| Size: | H600,100pcs, with 3m cable | Brand: | G-lights |

### Supply Ability

Supply Ability: 10000 Piece/Pieces per Month

### Packaging & Delivery

Packaging Details Netural Package, Customized design are available
Port zhongshan/shenzhen/guangzhou

Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-UU   Document 1-13   Entered on FLSD Docket 01/08/2020   Page 3 of 9

| Lead Time | Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|---|
| | Est. Time(days) | 20 | To be negotiated |

**Project outdoor landscape light christmas decoration RGB Led garden light**

Product Description

## Event fiber optic flower lamp outdoor christmas street light decoration

### Specification

Light comes from engine, guided to each acrylic stems and glass balls through fiber cables.
All the 50pcs lights have no electric charge themselves,so they are very safe and durable.

| Name | Fiber Optic Firefly |
|---|---|
| Model | FD-023 |
| Input Voltage | AC220V/110V |
| Power | 45W |
| Color | RGB |
| Control Mode | Remote/DMX |
| Height | Custom |
| Light Including | 100pcs lights+2 led engines |



### Application

Nice decorative lighting for events,holiday, outdoor and indoor.

### Product Projects show

Contact Supplier

Chat Now

Browsing History

TOP




Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-UU   Document 1-13   Entered on FLSD Docket 01/08/2020   Page 5 of 9



Fiber Optic Firefly Advantage

1) The wholse set including led engine+fiber optic cables+acrylic stem and thick glass balls.
2) Stems and balls are not easy to broke ,one engine sharing 50pcs lights which makes whole set more durable than individual led ball lights.

Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-UU    Document 1-13    Entered on FLSD Docket 01/08/2020    Page 6 of 9

3) **Led engine is IP65 waterproof, and other parts are IP68 , safe without any electricity.**

**G-lights Other Decorative Lights.**



Send your inquiry details and click here for free samples

**Project showcase**



**Company Information**




Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-UU   Document 1-13   Entered on FLSD Docket 01/08/2020   Page 7 of 9




Hot Sale Cheap Bruce Munro Style Outdoor Woods Decoration Fiber Optic Light - Buy Led Fiber Optic Light,Led Fiber Optic Lamp,Fiber Optic Light Product on ...

Case 1:20-cv-20079-UU   Document 1-13   Entered on FLSD Docket 01/08/2020   Page 8 of 9

## Certification

   
   

*Send your inquiry details and click here for free samples*

FAQ

## FAQ

**Q: Are you a manufacturer or a trading company?**
A: We are a manufacturer.

**Q: Where is your factory located? How can I visit there?**
A: We are located in Guzhen town, Zhongshan city, Guangzhou province, China.
After you arrive in Guangzhou International Airport, just take the shuttle bus from the airport to Guzhen town directly.
Or take 37mins comfortable train from Guangzhou South Railway Station to Guzhen Station.

**Q: Could I buy sample before place order?**
A: Yes, you could, just feel free to contact us.

**Q: Do you have store product? Or how soon I can get product?**
A: We do lighting project, we don't have store product usually, all product you get is newly manufacturer after payment received.

**Q: How does your factory do regarding to quality control?**
A: We have related record to monitor IQC and QC, all lamps will have 24-72hrs aging test before packing and delivery.

**Q: Could you customized product for me?**
A: Yes, we could, please share us your detail requirement.

**Q: Why the product warranty is 2 years? I need to change the lamp after 2 years?**
A: The industrial standard warranty is 2 years.
And it doesn't mean the lamp life span is 2 years, it mean we will provide related after sales service freely during this 2 years.
The lamps could still work well after 2 years normally.

**Q: Why some supplier provide same product with lower price?**
A: As long as the company you contact is a manufacturer, good quality product should have same price level with us.

*Send your inquiry details and click here for free samples*

FAQ

Contact Supplier
Chat Now
Browsing History
TOP

**Send your message to this supplier**

To: Sunny Sun

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1 Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

Send

Contact Supplier
Chat Now
Browsing History

**You may like**

Hot sale new style po...
$1,200.00 / Set
1 Set

Cheap Outdoor lands...
$1,200.00 / Set
1 Set

Hot sale low price wat...
$13.00 / Pieces
10 Pieces

Holiday decorative led...
$190.00 / Piece
1 Piece

Not exactly what you want? 1 request, multiple quotations Get Quotations Now >>

**Related Searches :**

fiber optic pool light
optical fibre light
dc optical lights
fiber optics light show suppliers
light illumination decoration kit
60 illuminated suppliers
shower optic fiber light
illumin diy suppliers
fiber optic lighting animal decoration
led and fiber optic fashion suppliers
fiber optic pendant lighting
basic colours light suppliers
fiber optic led curtain
fiber optic car 12v
fibre optical rgb

**Similar products in other categories:**

Lights & Lighting > Professional Lighting > Fiber Optic Lights (153288166)

Available on the APP Store
Available on the Google Play

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada | Taobao Taiwan

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2019 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091

Messenger
TOP

