# Exhibit D

# G-Light Alibaba Site 2

# (selling replicas of Munro's *Fireflies*)










MENU | Alibaba.com Global trade starts here. | English - USD

Categories | Cart

Products | What are you looking for... | NEW

Home > All Industries > Lights & Lighting > Professional Lighting > LED Fiber Optic Lights | Subscribe to Trade Alert

View larger image

Add to Compare | Share

# Garden park holiday events decorative plants light outdoor fiber optic flower lamp

>=1 Sets
**$1,200.00**

Emitting Color: White

Lead Time:

| Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|
| Est. Time(days) | 20 | Negotiable |

Customization: Customized logo (Min. Order: 50 Sets)
Customized packaging (Min. Order: 50 Sets) More

Samples: $1,200.00 /Sets | 1 Sets (Min. Order) | Buy Samples

**Trade Assurance** protects your Alibaba.com orders

Payments: VISA | Online Bank Payment | T/T | Pay Later | WesternUnion WU | Boleto

Alibaba.com Logistics • Inspection Solutions • Production View • One-Stop Service

For product pricing, customization, or other inquiries:

Contact Supplier

Chat Now

Verified Supplier

**Zhongshan G-Lights Lighting F...**
Manufacturer, Trading Company
CN 5YRS 4.6 ★

**96%** Response Rate
**180,000+** for **100** Transactions
**97.9%** On-time delivery rate

## Frequently bought together

Outdoor waterproof ip65 20 40 60 watt Intelligent all in
**$29.07 - $39.25**
1 Piece (MOQ)

High brightness outdoor lighting IP65 waterproof...
**$33.70 - $58.20**
1 Piece (MOQ)

Northern Europe modern decorative customized led
**$5,000.00**
2 Pieces (MOQ)

Customized Hotel Lobby Decoration light big...
**$500.00 - $5,000.0**
2 Pieces (MOQ)

IP66 Waterproof outdoor smd Aluminum white...
**$38.52 - $66.60**
1 Piece (MOQ)

## Company highlights

View company profile >

1 / 10

Verified by Bureau Veritas

| Employees | R&D staffs | Patents |
|---|---|---|
| 51-100 | 1-4 | 1 |

Certifications (0)
-

Garden Park Holiday Events Decorative Plants Light Outdoor Fiber Optic Flower Lamp - Buy Fiber Optic Lights,Fiber Optic Outdoor Light Product on Alibaba.com 10/30/19, 4:45 PM

Case 1:20-cv-20079-UU Document 1-14 Entered on FLSD Docket 01/08/2020 Page 3 of 14

| Product Details | Company Profile | | | | Report Suspicious Activity |
|---|---|---|---|---|---|
| Product Description | Project showcase | Packaging & Shipping | Company Information | Certifications | FAQ |

## Overview

**Quick Details**

| | |
|---|---|
| Place of Origin: | Guangdong, China |
| Brand Name: | G-Lights |
| Model Number: | FB-161 |
| Lamp Body Material: | PMMA |
| CRI (Ra>): | 80 |
| Input Voltage(V): | AC85-265V |
| Lamp Power(W): | 45 |
| Warranty(Year): | 3-YEAR |
| Working Lifetime(H… | 50000 |
| Working Temperatu… | -20 - 50 |
| Certification: | ce, RoHS/ce |
| Light Source: | LED |
| Lighting solutions s… | Lighting and circuitry design, Project Installation |
| Luminous Efficacy(… | 80 |
| Item Type: | Fiber Optic Lights |
| Emitting Color: | Changeable |
| Item type: | Fiber optic light |
| Size: | H600mm |
| voltage: | AC85-265v |
| Lumen Efficiency: | 100lm/w |
| color: | single color or changeable |
| Brand: | G-lights |
| Control: | Remote/DMX |

**Supply Ability**

| | |
|---|---|
| Supply Ability: | 10000 Piece/Pieces per Month |

**Packaging & Delivery**

| | |
|---|---|
| Packaging Details | Netural Package, Customer design are available |
| Port | zhongshan/shenzhen/guangzhou |

Lead Time ⓘ :

| Quantity(Sets) | 1 - 10 | >10 |
|---|---|---|
| Est. Time(days) | 20 | To be negotiated |

**Garden park holiday events decorative plants light outdoor fiber optic flower lamp**

Product Description



### Fiber optic flower light description

Name: Fiber optic lighting
Dimension: H600mm
Fiber cable length of each light: 3 meter Flower QTY: 100pcs/set
Lights source: 2pcs 45w LED light engine Quantity for each engine: 50PCC
Input voltage: AC85-265V
IP Rate: IP65

Color: Single/RGB
Material: fiber optic cable, acrylic, glass, aluminum
Fiber cable type: side glow,
Application: outdoor and indoor, like garden, hotel, park, plaza, mall, etc.

**Fiber optic outdoor lighting display**

*Send your inquiry details and click here for free samples*



Garden Park Holiday Events Decorative Plants Light Outdoor Fiber Optic Flower Outdoor Plants - Buy Outdoor Plants,Fiber Optic Flower,Outdoor Plants Product on Alibaba.com 10/30/19, 4:45 PM

Case 1:20-cv-20079-UU Document 1-14 Entered on FLSD Docket 01/08/2020 Page 5 of 14



Garden Park Holiday Events Decorative Plants Light Meter Laser Entertainment Fiber Optics Outdoor Plant - Buy Plant...baba.com

Case 1:20-cv-20079-UU Document 1-14 Entered on FLSD Docket 01/08/2020 Page 6 of 14

12/30/19, 4:45 PM



*Send your inquiry details and click here for free samples*

**Feature**

1. Beautiful and Various colors
2. Versatility
3. Light decoration
4. Cheap and convinience
5. Non-conductive
6. Water resistant and Flexible
7. Strong Corrosion resisting
8. Electric insulativity and Fire retardance
9. Age resistance
10. High quality and Durability

*Send your inquiry details and click here for free samples*

**Other fiber optic light products**



**Send your inquiry details and click here for free samples**

`Project showcase`





`Packaging & Shipping`

Standard export packing, for express, sea freight, air freight, railway transport, etc.

Garden Park Holiday Events Decorative Plants Lighting Led Cluster Fiber Outdoor Lights Outdoor - Buy Outdoor Lights Outdoor,Outdoor Christmas Lights Outdoor,Outdoor Led Lights Outdoor Product on Alibaba.com 10/30/19, 4:45 PM

Case 1:20-cv-20079-UU Document 1-14 Entered on FLSD Docket 01/08/2020 Page 8 of 14



### Send your inquiry details and click here for free samples

**Company Information**

Since 2006, we, Zhongshan G-Lights lighting factory has been concentrating on LED lighting project, making progress in research, production, installation, sales and after-sales. We locate on lighting capital of the world, Guzhen town, Zhongshan city in China.

Our main products are LED outdoor project lighting and fiber optic lighting application. Project lighting we produce such as flood light, wall washer light, street light, digital tube light, underground light, high bay light, etc. Fiber optic lighting we provide are chandelier, star effect lighting, reef lighting, and other decorative lighting.

OEM/ODM service is available, or share us your product requirement, we could customize product even in low MOQ. Please feel free to contact us!

Garden Park Holiday Events Decorative Plants Light Customer Laser Entertains Open Focus Outdoor Light - Buy Ou...ba.com 10/30/19, 4:45 PM

Case 1:20-cv-20079-UU Document 1-14 Entered on FLSD Docket 01/08/2020 Page 9 of 14







Garden Park Holiday Events Decorative Plants Lighting Outside The Led Cherry Blossom Tree Dubai Outdoor Alibaba.com 7/20/20, 4:45 PM

Case 1:20-cv-20079-UU Document 1-4 Entered on FLSD Docket 01/08/2020 Page 10 of 14



*Send your inquiry details and click here for free samples*

**Exhibition**
G-Lights keeps showing new product to customers in annually lighting exhibition, such as below exhibitions:
Guangzhou International Lighting Exhibition
Hong Kong International Lighting Fair
China (Guzhen) International Lighting Fair

And oversea exhibitions such as in Dubai, Indonesia, Thailand, Russia, etc, will keep updates in our website.







*Send your inquiry details and click here for free samples*

| Certifications |
| --- |

Each G-Lights product deserve the approval certifications. More certification will get approval as market development is in sound progress.

Garden Park Holiday Events Decorative Plants Lighting Outdoor Fiber Optic Peacock Dubai - Buy Peacock Dubai, Outdoor Fiber Optic Peacock, Garden Park Holiday Events Decorative Plants Lighting Product on Alibaba.com 12/27/19, 4:45 PM

Case 1:20-cv-20079-UU Document 1-4 Entered on FLSD Docket 01/08/2020 Page 12 of 14





**Send your inquiry details and click here for free samples**

FAQ

Garden Park Holiday Events Decorative Plants Lighting Outdoor Fiber Optic Peacock Purple Outdoor Lighting - Alibaba.com 12/26/20, 4:45 PM

Case 1:20-cv-20079-UU Document 1-4 Entered on FLSD Docket 01/08/2020 Page 13 of 14



**Send your inquiry details and click here for free samples**

**Send your message to this supplier**

To: Sunny Sun

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

Your message must be between 20-8000 characters

Quantity: 1   Acre/Acres

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **Request for Quotation**

☑ I agree to share my **Business Card** to the supplier.

Send

https://www.alibaba.com/product-detail/Garden-park-holiday-events-…nts_60574724396.html?spm=a2700.details.deiletai6.32.46c6512e0If1AA    Page 12 of 13

## Supplier's popular products


New design ip65 outdoor waterproof 40w 60w all in...
Ready to Ship
$33.33 - $45.00
10 Pieces (MOQ)


IP66 Waterproof Outdoor SMD 25w 40w 60w 100w...
Ready to Ship
$17.04 - $23.00
2 Pieces (MOQ)


G-Lights Hot selling customized hotel...
$5,000.00
2 Pieces (MOQ)


Energy saving waterproof ip65 outdoor 60w 80w...
Ready to Ship
$19.26 - $26.00
10 Pieces (MOQ)


Modern fashion Indoor Cheap customized hotel...
$5,000.00
2 Pieces (MOQ)

## You may also like


Holiday decorative led acrylic ball fiber optic art...
$190.00
1 Piece (MOQ)


Hot sale new style popular decoration Outdoor...
$1,200.00
1 Set (MOQ)


Hot sale cheap Bruce Munro style outdoor wood...
$1,200.00
1 Set (MOQ)


Wholesale low price new style Fiber optic reed lamp...
$1,200.00
1 Set (MOQ)


Exquisite Design For LED Fiber Optic Kit Swimming...
$700.00 - $800.00
1 Piece (MOQ)

Not exactly what you want? 1 request, multiple quotations   Get Quotations Now >>

### Related Searches :

lights kid
decorative lighting part
park lighting

### Similar products in other categories:

Lights & Lighting > Professional Lighting > Fiber Optic Lights  (153288166)

         

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Taobao Global | Alipay | Lazada | Taobao Taiwan

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

 © 1999-2019 Alibaba.com. All rights reserved.   浙公网安备 33010002000092号   浙B2-20120091

Messenger