UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20079-UU

BRUCE MUNRO,

    Plaintiff,

vs.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., NIGHT GARDEN, LLC, KILBURN LIVE, LLC, ZHONGSHAN G-LIGHTS LIGHTING CO., LTD., AND NANNETTE M. ZAPATA,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

    The undersigned counsel, Mark E. Grafton, Esq., hereby file this Notice of Appearance as additional counsel on behalf of Defendant, Fairchild Tropical Botanic Garden Inc., and requests that all future pleadings, papers, and communications be served on the undersigned in addition to counsel already of record.

Dated: February 12, 2020

                                        Respectfully Submitted,

                                        SHUBIN & BASS, P.A.
                                        46 S.W. First Street
                                        Third Floor
                                        Miami, Florida, 33130
                                        Telephone: (305) 381-6060
                                        Facsimile: (305) 381-9457
                                        mgrafton@shubinbass.com
                                        eservice@shubinbass.com

                                        By:    /s/ Mark E. Grafton, Esq.
                                                   Mark E. Grafton
                                                   Fla. Bar No. 118233



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on February 12, 2020, which will send notice to all counsel or parties of record on the Service List below.

By: /s/ Mark E. Grafton, Esq.

## SERVICE LIST

**SRIPLAW**
21301 Powerline Rd, Suite 100
Boca Raton, Florida 33433
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
Joel B. Rothman
joel.rothman@sriplaw.com
Craig A. Wirth
Craig.wirth@sriplaw.com

*Attorneys for Plaintiff*

**LAW OFFICES OF CARL F. SCHWENKER**
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile
Carl F. Schwenker
cfslaw@swbell.net

*Attorneys for Plaintiff*

**SHULLMAN FUGATE PLLC**
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
Deanna K. Shullman
dshullman@shullmanfugate.com
Allison S. Lovelady
alovelady@shullmanfugate.com
Giselle M. Girones
ggirones@shullmanfugate.com

*Counsel for Defendants Kilburn Live, LLC and Night Garden, LLC*