# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 1:20-cv-20079-AHS

BRUCE MUNRO,

        Plaintiff,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., NIGHT GARDEN, LLC, KILBURN LIVE, LLC, ZHONGSHAN G-LIGHTS LIGHTING CO., LTD., AND NANETTE M. ZAPATA,

        Defendants.

## __JOINT SCHEDULING REPORT__

Plaintiff, BRUCE MUNRO ("Munro"), and Appearing Defendants, FAIRCHILD TROPICAL BOTANIC GARDEN, INC. ("Fairchild"), KILBURN LIVE, LLC ("Kilburn"), NIGHT GARDEN, LLC ("Night Garden"), and NANETTE M. ZAPATA ("Zapata") (collectively, the "Parties"), pursuant to this Court's Order [D.E. 7] dated January 13, 2020 and S.D. Fla. L.R. 16.1(b), hereby submit this Joint Scheduling Report.[1]  The undersigned certify that they conferred in accordance with Fed R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b) on February 11, 2020.

---

[1] Defendant Zhongshan G-Lights Lighting Co., Ltd. ("G-Lights") has been served in and otherwise notified of this action [D.E. 15, 21] but has not appeared nor has any responsive communication been received to date from G-Lights regarding this action or its input on this report.  G-Lights is thus not included as one of the "Appearing Defendants" nor are Appearing Defendants' positions attributable to defendant G-Lights.

1.      **Statement of Claims, Amount of Damages and Relief Sought.**

This is an action for copyright infringement and contributory copyright infringement of U.S. registered and foreign unregistered copyrighted sculptural works and for copyright management information ("CMI") violations arising from the alleged unauthorized commercial exploitation and appropriation of Plaintiff's copyrighted sculptural works.

Plaintiff alleges he created sculptural works identified as *Beacon*, *Bell Chandelier*, *Blue Moon*, *Brass Monkeys*, *Fagin's Urchins*, *Field of Light*, *Fireflies*, *Forest of Light*, *Icos*, *River of Light*, *Tepees*, *Water-Towers*, and *Whizz Pops* (collectively, "Works") asserted to be subject to copyright protections under U.S. law (e.g., the Copyright Act, 17 U.S.C. §§ 101 *et seq.*) and the Berne Convention for the Protection of Literary and Artistic Works and depicted in the Complaint [D.E. 1]. Plaintiff complains that Appearing Defendants and G-Lights committed numerous infringements and CMI violations of these Works including via, inter alia, Appearing Defendants' The NightGarden exhibition and via G-Lights' manufacturing and sales activities.

Plaintiff seeks (a) statutory damages for willful infringement of each U.S. registered copyrighted sculptural work in the amount of $150,000, or actual damages and the defendants' profits in amounts to be proven at trial and determined in discovery; (b) actual damages and the defendants' profits in amounts to be proven at trial and determined in discovery for the infringement of each copyrighted foreign sculptural work; (c) statutory damages for each CMI violation in the amount of $25,000 per violation, or actual damages and the defendants' profits in amounts to be proven at trial and determined in discovery; plus (d) costs and attorney's fees. Plaintiff also seeks a temporary, preliminary, and permanent injunction, declaratory relief, and seizure, impounding, and destruction of all offending items and materials and their means of production.

Appearing Defendants generally deny the allegations in the complaint. Specifically, Appearing Defendants deny that Plaintiff has valid copyrights in the alleged works, that Appearing Defendants have infringed on any of Plaintiff's works, or that Plaintiff has suffered any damage. Appearing Defendants also deny that they engaged in any copyright management removal or other violation under 17 U.S.C. § 1202 *et seq*.

2.     **Summary of Uncontested Facts**

Attached as Exhibit A to the Complaint is a U.S. Copyright Registration listing Bruce Beaton St Claire Munro as Author and dated August 24, 2019 for a work titled *Forest of Light* and first publication date of June 9, 2012. (Exhibit A to Complaint [D.E. 1-1]).

Defendant Fairchild is managed by defendant Zapata and owns and operates the Fairchild Tropical Botanic Garden and its facilities.

Defendant Night Garden is a wholly-owned subsidiary of Defendant Kilburn.

Defendants Fairchild, Kilburn, and Night Garden conducted a multi-installation public exhibition called The NightGarden at Fairchild's facilities.

On November 11, 2019, Plaintiff sent correspondence via a written email and pdf letter that contained assertions that the upcoming exhibition The NightGarden may violate Plaintiff's copyright interests and registrations in sculptural works referred to as *Forest of Light* and *Field of Light*.

Defendant G-Lights manufactures, advertises, and sells light displays and components.

3.     **Summary of the Issues.**

Whether plaintiff owns valid copyrights, whether defendants violated one or more of plaintiff's exclusive rights in 17 U.S.C. § 106, and whether defendants committed one or more CMI violations of Section 1202 of the Digital Millennium Copyright Act.

Whether plaintiff is entitled to injunctive relief.

Whether plaintiff suffered damages, the amount of actual and statutory damages plaintiff is entitled to receive, and the additional nonmonetary relief plaintiff is entitled to receive.

Whether any defendant has any valid affirmative defense(s) to plaintiff's claims.

**4.      Whether Discovery Should be Conducted in Phases.**

The Parties do not believe discovery should be conducted in phases.

**5.      Discovery Plan.**

   **a.      Initial Disclosures**

The Parties agree to exchange initial disclosures on or before **February 28, 2020**.

   **b.      Discovery Overview**

The Parties do not believe that there is a need to vary discovery from the Federal Rules of Civil Procedure. The Parties do not believe that there is a need to limit discovery to particular issues. The Parties will work together to make discovery as efficient as possible.

   **c.      ESI**

The Parties agree to preserve and exchange relevant ESI in a convenient and cost effective manner. The Parties are unaware of any ESI issues presented by this case at this time.

   **d.      Privilege**

The Parties will work together to narrow any privilege claims. The parties agree to assert privilege claims before production, and also anticipate submitting a claw-back order for inadvertently produced privileged materials.

   **e.      Additional Limitations on Discovery**

The Parties do not believe that further limitations on discovery are needed at this time.

   **f.      Additional Discovery Orders**

The Parties do not believe there is a need for additional discovery orders at this time.

**6.      Proposed Deadlines**

The Parties propose the following pretrial discovery schedule which is based on the standard case management track pursuant to S.D. Fla. L.R. 16.1(a)(2):

| Action | Joint Proposal of the Parties |
|---|---|
| Parties to provide initial disclosures pursuant to Rule 26(a)(1)(A) | **February 28, 2020** |
| Last Day to Select a Mediator | **May 1, 2020** |
| Deadline for Joinder of Additional Parties | **June 1, 2020** |
| Exchange of Expert Reports | **September 1, 2020** |
| Exchange of Expert Rebuttal Reports | **September 29, 2020** |
| Expert and Fact Discovery Cut Off | **November 9, 2020** |
| Last Day to File Summary Judgment or Other Dispositive Motion | **January 15, 2021** |
| Last Day to Complete Mediation | **February 19, 2021** |
| Deadline for Non-Dispositive Motions | **April 1, 2021** |
| Deadline for Joint Pretrial Stipulation | **May 3, 2021** |
| Pretrial Conference | **May 3, 2021** |
| Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law | **May 3, 2021** |
| Exchange of Exhibit and Witness Lists | **May 3, 2021** |
| Deadline for Filing of Deposition Designations | **May 3, 2021** |
| Trial Date | **May 17, 2021** |

**7.      Preliminary Estimate of the Time Required for Trial and Jury/Non-Jury.**

The Parties anticipate that trial will require 4 trial days before a jury.

8. **Proposed Approximate Dates for Pre-Trial Conference and Trial**

(a)   The proposed deadline for the pre-trial conference as set by the Court.

(b)   The proposed month and year for the trial in this matter is **May 2021.**

9. **List of Pending Motions.**

There are no pending motions.

10. **Any Unique Legal or Factual Aspects of the Case.**

Because the action involves foreign parties and foreign copyrighted subject matter, discovery may involve witnesses and documents located outside the United States and necessitate appropriate time for discovery regarding same. Otherwise, there are no unique legal or factual aspects of this case of which the Parties are presently aware.

11. **Refer to Special Master or Magistrate.**

The Parties agree that discovery matters may be referred to the Magistrate Judge.

12. **Likelihood of Settlement**

The Parties will promptly explore settlement and should know by the date of the Scheduling Conference if settlement is likely at this time. The Parties will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1 (b), as this case progresses further.

13. **Other Matters Required by Local Rule 16.1(B).**

None at this time.

14. **Proposed Scheduling Order**

A Joint Proposed Scheduling Order is submitted simultaneously with this Joint Scheduling Report.

Dated:  February 14, 2020	Respectfully submitted,

| | |
|---|---|
| **Joel B. Rothman** | **Deanna K. Shullman** |
| JOEL B. ROTHMAN | Deanna K. Shullman |
| Florida Bar No. 98220 | Florida Bar No. 514462 |
| joel.rothman@sriplaw.com | dshullman@shullmanfugate.com |
| CRAIG A. WIRTH | Allison S. Lovelady |
| Florida Bar Number:  125322 | Florida Bar No. 70662 |
| craig.wirth@sriplaw.com | alovelady@shullmanfugate.com |
| | Giselle M. Girones |
| **SRIPLAW** | Florida Bar No. 124373 |
| 21301 Powerline Road | ggirones@shullmanfugate.com |
| Suite 100 | |
| Boca Raton, FL 33433 | **SHULLMAN FUGATE PLLC** |
| 561.404.4350 – Telephone | 2101 Vista Parkway, Suite 4006 |
| 561.404.4353 – Facsimile | West Palm Beach, FL 33411 |
| | Telephone: (561) 429-3619 |
| and | |
| | *Counsel for Defendants Kilburn Live, LLC and* |
| CARL F. SCHWENKER | *Night Garden, LLC* |
| cfslaw@swbell.net | |
| **LAW OFFICES OF CARL F. SCHWENKER** | |
| The Parsons House | |
| 3807 Duval Street, Suite E | |
| Austin, TX  78751 | |
| 512.480.8427 – Telephone | |
| 512.857.1294 – Facsimile | |
| | |
| *Counsel for Plaintiff Bruce Munro* | |
| | |
| **John K. Shubin** | **Nanette M. Zapata** |
| John K. Shubin, Esq. | Nanette M. Zapata |
| Florida Bar No. Fla. Bar No. 771899 | nzapata@fairchildgarden.org |
| jshubin@shubinbass.com | |
| eservice@shubinbass.com | Ms. Nanette M. Zapata |
| | 10901 Old Cutler Road |
| SHUBIN & BASS, P.A. | Coral Gables, FL 33156 |
| 46 S.W. First Street, Third Floor |  Telephone: (305) 667-1651, ext. 3383 |
| Miami, Florida 33130 | |
| Telephone:(305) 381-6060 | *Defendant party* |
| Facsimile: (305) 381-9457 | |
| | |
| *Counsel for Defendant Fairchild Tropical Botanic Garden, Inc.* | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 14, 2020, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

**Joel B. Rothman**
JOEL B. ROTHMAN

## SERVICE LIST

John K. Shubin, Esq.
SHUBIN & BASS, P.A.
46 S.W. First Street, Third Floor
Miami, Florida 33130
Telephone:(305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinbass.com
eservice@shubinbass.com

*Counsel for Defendant Fairchild Tropical Botanic Garden, Inc.*

Deanna K. Shullman
Allison S. Lovelady
Giselle M. Girones
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
alovelady@shullmanfugate.com
ggirones@shullmanfugate.com

*Counsel for Defendants Kilburn Live, LLC and Night Garden, LLC*

Ms. Nanette M. Zapata
10901 Old Cutler Road
Coral Gables, FL 33156
nzapata@fairchildgarden.org

*Defendant party*