UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20079-AHS-McAliley

BRUCE MUNRO,

    Plaintiff,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., NIGHT GARDEN, LLC, KILBURN LIVE, LLC, ZHONGSHAN G-LIGHTS LIGHTING CO., LTD., AND NANETTE M. ZAPATA,

    Defendants.

## DEFENDANTS' NOTICE OF DISCOVERY DISPUTE AND NOTICE OF DISCOVERY CALENDAR HEARING

Pursuant to this Discovery Procedures [D.E. 27] Defendants, FAIRCHILD TROPICAL BOTANIC GARDEN, INC. ("Fairchild"), KILBURN LIVE, LLC ("Kilburn"), NIGHT GARDEN, LLC ("Night Garden"), and NANETTE M. ZAPATA ("Zapata") (collectively, the "Defendants"), hereby file this Notice of Discovery Dispute and Notice of Discovery Calendar Hearing.

The nature of the dispute is as follows:

1. On April 8, 2020, Plaintiff Bruce Munro ("Plaintiff") served 28 requests for production and seven interrogatories directed to each of the four Defendants.

2. Defendants requested a 21-day extension of time, or until May 29, 2020, to respond to the discovery. Plaintiff did not agree to the extension.

<u>Hearing date and time</u>:

**WEDNESDAY, MAY 13, 2020, at 9:30 am**

The Court has advised that the hearing shall occur telephonically, and the Court will provide dial-in instructions to all counsel in advance of the hearing.

## **LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH**

The parties have substantively conferred via email regarding the extension over the course of several days. In addition, the undersigned called Plaintiff's counsel via telephone and left a voicemail on May 8 but did not receive a return phone call by the time this Notice was filed.

Dated: May 8, 2020

Respectfully submitted,

**Allison S. Lovelady**
Deanna K. Shullman
Florida Bar No. 514462
dshullman@shullmanfugate.com
Allison S. Lovelady
Florida Bar No. 70662
alovelady@shullmanfugate.com
Giselle M. Girones
Florida Bar No. 124373
ggirones@shullmanfugate.com

**SHULLMAN FUGATE PLLC**
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619

*Counsel for Defendants Fairchild Tropical Botanic Garden, Inc., Night Garden, LLC, Kilburn Live, LLC and Nanette M. Zapata*