UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-20079-ASH/Louis

BRUCE MUNRO,

    Plaintiff,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., NIGHT GARDEN, LLC, KILBURN LIVE, LLC, ZHONGSHAN G-LIGHTS LIGHTING CO., LTD., AND NANETTE M. ZAPATA,

    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION
TO AMEND PLEADING AND PARTY AMENDMENT SCHEDULE
IN ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE (DE [27])**

Plaintiff BRUCE MUNRO ("Plaintiff" or "Munro") hereby moves to extend and reset to July 15, 2021, the date for motions to amend pleadings or join parties in the above-styled action pursuant to this Court's Order Setting Trial and Pre-Trial Schedule (DE [27]) ("the Scheduling Order"). This motion is **unopposed**.[1] In support hereof, Plaintiff states as follows:

1. Prior to the impact of the Covid-19 pandemic and related global lockdowns, on February 18, 2020, this Court entered the Scheduling Order (DE [27]), setting June 1, 2020, as the date for motions to amend pleadings or join parties.

---

[1] Counsel for Appearing Defendants Fairchild Tropical Botanic Garden, Inc., Night Garden, LLC, Kilburn Live, LLC, and Nannete M. Zapata (collectively, "the Defendants") confirmed that they **do not oppose this motion**. Remaining defendant Zhongshan G-Lights Lighting Co., Ltd. ("G-Lights") has been served and otherwise notified of this action (DE [15, 21]) but has not appeared. Default was entered against G-Lights on April 8, 2020 (DE [44]).

2. The parties in this action are spread across multiple states and countries and under a variety of intervening Covid-19 lockdown orders and travel restrictions impacting the parties' business operations, ability to travel and effectively communicate with personnel, and access to facilities, documents, and information.

3. Though the parties have issued written discovery to one another and endeavored to engage in discovery, the Covid-19 pandemic has substantially impeded their ability to expediently and effectively obtain and gather responsive materials and information and hindered communications between parties, their personnel, and counsel. Defendants, as a result, recently requested (and Plaintiff granted) a mutual 21-day extension for Defendants to respond to issued first sets of written discovery requests, thereby extending Defendants' first discovery response date from May 8 to Friday, May 29, which is the business day immediately prior to the Scheduling Order's current June 1 date for motions to amend pleadings or join parties (DE [27]).

4. Additionally, on an ongoing basis since February 24, 2020, the parties' counsel have endeavored to work out and reach agreement on a confidentiality protective order to govern the marking and exchange of discovery materials in the action, but recently reached impasse on certain terms. That impasse, which along with the absence of such protective order also impedes the exchange of discovery in the action, is set for resolution by a hearing before Magistrate Louis on Thursday, May 28, 2020 (DE [54, 56]), which is just two businesses day prior to the Scheduling Order's current June 1 date for motions to amend pleadings or join parties (DE [27]).

5. Due to these issues and their impact on discovery, the parties have conferred regarding extending and resetting the date for motions to amend pleadings or join parties. Plaintiff proposed and Defendants do not oppose extending and resetting the Scheduling Order's

date for motions to amend pleadings or join parties to July 15, 2020. The proposed revised schedule is reflected below:

| Action | Revised Proposed Date |
|---|---|
| All motions to amend pleadings or join parties are filed | **July 15, 2020** |

6. As such, Plaintiff requests entry of an order approving the deadlines set forth in this motion, which Defendants confirmed they do not oppose.  There is good cause to modify these deadlines due to the factors described above, and the requested amendment is not sought for the purpose of delay, nor will it prejudice any party.

7. A proposed order approving the deadlines set forth in this motion, which would amend the Court's Scheduling Order, is attached for the Court's consideration.

Dated:  May 21, 2020                    Respectfully submitted,

**Carl F. Schwenker**
CARL F. SCHWENKER
cfslaw@swbell.net
**LAW OFFICES OF CARL F. SCHWENKER**
The Parsons House
3807 Duval Street, Suite E
Austin, TX  78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

and

JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number:  125322
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100

Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Bruce Munro*

# CERTIFICATE OF GOOD FAITH CONFERENCE
## (CONFERRED AND ABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION)

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, who have confirmed that this motion is **UNOPPOSED**.

**Carl F. Schwenker**
CARL F. SCHWENKER

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 21, 2020, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

**Joel B. Rothman**
JOEL B. ROTHMAN

# SERVICE LIST

Deanna K. Shullman
Allison S. Lovelady
Giselle M. Girones
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
alovelady@shullmanfugate.com
ggirones@shullmanfugate.com

*Counsel for Defendants Kilburn Live, LLC, Night Garden, LLC, Fairchild Tropical Botanic Garden, Inc., and Nanette Zapata*

John K. Shubin, Esq.
SHUBIN & BASS, P.A.
46 S.W. First Street, Third Floor
Miami, Florida 33130
Telephone:(305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinbass.com
eservice@shubinbass.com

*Counsel for Defendant Fairchild Tropical Botanic Garden, Inc.*

**LAW OFFICES OF CARL F. SCHWENKER**
THE PARSONS HOUSE, 3807 DUVAL, SUITE E, AUSTIN, TX 78751