UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-20079-SINGHAL/LOUIS

BRUCE MUNRO,

    Plaintiff,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., NIGHT GARDEN, LLC, KILBURN LIVE, LLC, ZHONGSHAN G-LIGHTS LIGHTING CO., LTD., AND NANETTE M. ZAPATA,

    Defendants.

## DEFENDANTS' NOTICE OF DISCOVERY HEARING JULY 9

Defendants, FAIRCHILD TROPICAL BOTANIC GARDEN, INC., KILBURN LIVE, LLC, NIGHT GARDEN, LLC, and NANETTE M. ZAPATA ("NightGarden Defendants") will call up for hearing before the Honorable Magistrate Judge Louis, on July 9, 2020, from 1:30 p.m. – 2:30 p.m., the following matters[1]:

    1.    Plaintiff's Boiletplate objections and Responses to NightGarden Defendants' First Request for Production;

    2.    Plaintiff's failure to produce documents; only making documents available for inspection in the United Kingdom.

---

[1] Plaintiff also Noticed this July 9 discovery hearing but failed to include Defendants' above issues. Plaintiff's Notice is also premature in that he has filed his Notice prior to conferring via telephone with the undersigned and one business day after sending the undersigned an email identifying discovery concerns.

Pursuant to Magistrate Louis' instructions, "[t]elephonic appearance and attendance is encouraged for all participants ….Instructions for telephonic attendance are as follows: Dial: 1 (866) 434-5269, enter access code number 9978869 followed by the (#) sign, and enter security code number 5710 followed by the (#) sign."

## GOOD FAITH CERTIFICATION PER LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred by email and has attempted to telephonically confer with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated: June 30, 2020.

                Respectfully Submitted,

                SHULLMAN FUGATE PLLC

                **Allison S. Lovelady**
                Deanna K. Shullman (Fl Bar No. 514462)
                Allison S. Lovelady (Fl Bar No. 70662)
                Giselle M. Girones (Fl Bar No. 124373)
                2101 Vista Parkway, Suite 4006
                West Palm Beach, FL  33411
                Tel: (561) 614-2592
                dshullman@shullmanfugate.com
                alovelady@shullmanfugate.com
                ggirones@shullmanfugate.com
                *Attorneys for Defendants Kilburn, Night Garden, Fairchild and Zapata*