UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-20079-Singhal/Louis

BRUCE MUNRO,
        Plaintiff,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., et al.,
        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties cross Notice of Discovery Hearing (ECF Nos. 62, 63). A telephonic discovery dispute hearing was conducted on July 9, 2020. The parties indicated at the hearing that the originally noticed disputes had been significantly narrowed through conferral between the parties. This Order succinctly memorializes but does not alter the rulings made in open court.

For the reasons stated on the record at the hearing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's demand for Defendant Fairchild's umbrella insurance policy is **DENIED** as premature. The request is predicated on Defendant's obligation to disclose pursuant to Rule 26(a)(1)(A)(iv). Defense counsel indicated she is investigating the existence and relevance of any such policy, but Defendant has not resisted production of insurance information nor have the parties conferred with respect to this particular insurance policy. Plaintiff may notice the dispute if after conferral a dispute exists.

2

2. Defendant seeks a deadline for completion of production by Plaintiff of several categories of documents. Plaintiff agreed, and it is **ORDERED,** that Plaintiff shall complete production the categories of documents requested on or before July 21, 2020, and that production shall be made to defense counsel in the United States.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this 9th day of July, 2020.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE