UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-20-cv-20079-RS-LFL

BRUCE MUNRO AND BRUCE MUNRO,
LTD. DBA BRUCE MUNRO STUDIO,

        Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., NANETTE M. ZAPATA,
NIGHT GARDEN, LLC, KILBURN LIVE,
LLC, KILBURN MEDIA, LLC, MARK C.
MANUEL, IMAGINER, INC., IMAGINER
LTD., MAX PAINTER, AND ZHONGSHAN
G-LIGHTS LIGHTING CO., LTD.,

        Defendants.

### PLAINTIFFS' MOTION TO FILE EXHIBIT 5 TO DOCKET NO. 122 UNDER SEAL

Plaintiffs BRUCE MUNRO AND BRUCE MUNRO, LTD. DBA BRUCE MUNRO STUDIO by and through their undersigned counsel, and pursuant to Local Rule 5.4, herby moves this Honorable Court to file Exhibit 5 to Docket No. 122 previously designated as confidential under seal. This Court issued a Stipulated Protective Order on June 1, 2020 [DE 60]. Pursuant to DE 60 and relevant to this motion and the below-cited filing, Defendants designated a portion of its production as "CONFIDENTIAL".

In support of Plaintiffs' Reply in Support of Plaintiffs' Amended Motion to Compel RBB Communications, LLC's Subpoena Compliance [DE 122], attached is an exhibit that contains information that has been designated as confidential by Defendants. Exhibit 5 to the Reply is a

contract with RBB Communications, LLC entitled "Agency Client Agreement," Bates nos. KILBURN00790-796.[1]

The proposed duration of the seal is permanent since the Protective Order has no termination date.

WHEREFORE, In accordance with the Stipulated Protective Order and Local Civil Rule 5.2, Plaintiffs BRUCE MUNRO AND BRUCE MUNRO, LTD. DBA BRUCE MUNRO STUDIO respectfully request the Court to Order the Clerk to file this motion with its attached exhibit under seal. We are requesting that the Court grant the motion and enter an Order that Exhibit 5 to Plaintiffs' Reply in Support of Plaintiffs' Amended Motion to Compel RBB Communications, LLC's Subpoena Compliance, be filed under seal, and any further relief as to this Court deems just and proper in the premises.

Dated: April 5, 2021                             Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
MEIR TEITELBAUM
Florida Bar No. 1022915
meir.teitelbaum@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

---

[1] Plaintiffs make no representation regarding the confidential status of the document pursuant to the Stipulated Protective Order other than that Defendants have marked the document as "Confidential."

and

CARL F. SCHWENKER *(pro hac vice)*
Texas Bar No. 00788374
cfslaw@swbell.net

**LAW OFFICES OF CARL F. SCHWENKER**
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

*Counsel for Plaintiffs Bruce Munro and Bruce Munro, Ltd. dba Bruce Munro Studio*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 5, 2021, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

Deanna K. Shullman
Allison S. Lovelady
Giselle M. Girones
James Slater
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
alovelady@shullmanfugate.com
ggirones@shullmanfugate.com
jslater@shullmanfugate.com

*Counsel for Defendants Kilburn Live, LLC,*

John K. Shubin, Esq.
SHUBIN & BASS, P.A.
46 S.W. First Street, Third Floor
Miami, Florida 33130
Telephone:(305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinbass.com
eservice@shubinbass.com

*Co-counsel for Defendants Fairchild Tropical Botanic Garden, Inc. and Zapata*

*Kilburn Media LLC, Manuel, Night Garden, LLC, Fairchild Tropical Botanic Garden, Inc., Zapata, Imaginer Ltd., Imaginer Inc., and Painter*