UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-20079-SINGHAL/LOUIS

BRUCE MUNRO, *et al.*,

    Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., *et al.*,

    Defendants.

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE INFORMATION DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY UNDER SEAL

THIS CAUSE is before the Court on Defendants' Unopposed Motion to File Information Designated as Confidential or Highly Confidential – Attorneys' Eyes Only ("the Motion") Under Seal. This Court having considered the motion and all other relevant factors, it is hereby,

**ORDERED AND ADJUDGED** that:

Defendants' Unopposed Motion is **GRANTED**. In support of their forthcoming Joint Motion for Summary Judgment, Defendants shall be permitted to file under seal unredacted excerpts of the Munro and Bicker deposition testimony and the documents identified in the Motion that comprise Plaintiffs' Designated Material.

Defendants shall also be permitted to file under seal copies of the full deposition transcripts, including exhibits, of Bruce Munro, Jane O'Connor, Jennifer Lewis, Ronald Bicker, Nannette Zapata, Max Painter, Mark C. Manuel, and Jonathan Sanford. These documents shall remain under seal permanently or until otherwise ordered.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____, 2021.

_____
Hon. Raag Singhal
United States District Judge

Copies furnished to: All Counsel of Record