**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:  1-20-cv-20079-RS-LFL**

BRUCE MUNRO AND BRUCE MUNRO,
LTD. DBA BRUCE MUNRO STUDIO,

        Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., NANETTE M. ZAPATA,
NIGHT GARDEN, LLC, KILBURN LIVE,
LLC, KILBURN MEDIA, LLC, MARK C.
MANUEL, IMAGINER, INC., IMAGINER
LTD., MAX PAINTER, AND ZHONGSHAN
G-LIGHTS LIGHTING CO., LTD.,

        Defendants.

---

**JOINT MOTION TO EXTEND RESPONSES & REPLIES ON THE**
**PARTIES' FILED PRETRIAL MOTIONS (DE [143, 144, 145, 152, 153, 154])**

The parties[1] pursuant to Rule 16(b)(4) and Local Rule 7.1 jointly file this motion to extend filing deadlines and certain page limits for their respective responses and replies on the recently-filed pretrial motions (DE [143, 144, 145, 152, 153, 154]), and in support thereof, state:

    1.    On Monday May 3rd the parties filed an extensive series of pretrial motions (DE [143, 144, 145, 152, 153, 154], collectively "Motions") and supporting materials that include Defendants' motions in limine (DE [144]), for summary judgment (DE [154]), and to strike Plaintiffs' expert (DE [143]), and  Plaintiffs' motions for spoliation sanctions (DE [153]), for summary judgment (DE [154]), and to strike Defendants' rebuttal expert (DE [152]).

---

[1] The term "parties" and "Defendants" used throughout this joint motion does not include Defendant Zhongshan G-Lights Lighting Co., Ltd., which has defaulted. (DE [44]).

2.      These contemporaneously-filed Motions address dispositive issues and other matters of significant impact to the trial and resolution of this action, are detailed and lengthy, and have extensive sets of supporting materials.  Pursuant to a prior page limit extension (DE [121]), for instance, Defendants' summary judgment motion is 35 pages (DE [144]).

3.      In view of the contemporaneous filing of these multiple Motions and to facilitate cogent response and reply briefings for the Court on the Motions and the multiple significant matters they raise, the parties propose and request extensions of the filing deadlines and certain page limits for the responses and replies to the Motions.

4.      Specifically, the parties propose and respectfully request that: (1) the filing deadline for responses to each of the Motions be extended to May 28, 2021; (2) the filing deadline for replies to each of the Motions be extended to June 18, 2021; (3) the page limit for Plaintiffs' response on Defendants' summary judgment motion (DE [144]) be extended to 35 pages; and (4) the page limit for Defendants' reply on Defendants' summary judgment motion (DE [144]) be extended to 20 pages.

5.      A proposed order granting this request is attached hereto.

### CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court grant this joint motion and enter an order extending filing deadlines and certain pages limits for responses and replies to the Motions as requested above.

Dated:  May 6, 2020.

Respectfully submitted:

| By: **Joel B. Rothman** | By: **Allison S. Lovelady** |
|---|---|
| Joel B. Rothman | Deanna K. Shullman (FBN 514462) |

| | |
|---|---|
| Joel.rothman@sriplaw.com<br>Craig A. Wirth<br>Craig.wirth@sriplaw.com<br>SRIPLAW<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL 33433<br>Tel: (561) 404-4350<br><br>Carl F. Schwenker<br>cfslaw@swbell.net<br>Law Offices of Carl F. Schwenker<br>The Parsons House<br>3807 Duval Street, Suite E<br>Austin, TX 78751<br>Tel: (512) 480-8427<br><br>*Attorneys for Plaintiffs* | dshullman@shullmanfugate.com<br>Allison S. Lovelady (FBN 70662)<br>alovelady@shullmanfugate.com<br>James M. Slater (FBN 111779)<br>jslater@shullmanfugate.com<br>Giselle M. Girones (FBN 124373)<br>ggirones@shullmanfugate.com<br>Shullman Fugate PLLC<br>2101 Vista Parkway, Suite 4006<br>West Palm Beach, FL 33411<br>Tel: (561) 614-2592<br><br>*Attorneys for NightGarden Defendants* |