# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20079-SINGHAL/LOUIS

BRUCE MUNRO, *et al.*,

       Plaintiffs,

  v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., *et al.*,

       Defendants.

## DECLARATION OF DEANNA K. SHULLMAN

I, Deanna K. Shullman, declare as follows:

1.      I am a founding partner of the law firm of Shullman Fugate PLLC, counsel for Defendants in this matter. My firm bio is attached as **Exhibit A**.

2.      I have been a member of the Florida Bar in good standing since 2001. In addition to being licensed to practice in Florida's state courts, I also am admitted to practice in the United States District Courts for the Southern, Middle and Northern Districts of Florida, the U.S. Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

3.      In 1995, I earned a Bachelor of Science degree in Television/Radio from Ithaca College in Ithaca, New York, graduating *summa cum laude.* In 2001, I earned a master's degree in Mass Communications from the University of Florida in Gainesville, maintaining a perfect 4.0 grade point average in my master's coursework. That same year, I graduated from the University of Florida law school with high honors and a Certificate in Intellectual Property. I was admitted to the Order of the Coif, an honor reserved for the top 10-percent of law school graduates.

Exhibit 1

4.      From September 4, 2001 through approximately February 15, 2006, I practiced with Holland & Knight LLP's Media Practice Team. From February 16, 2006 through May 30, 2017, I practiced with Thomas & LoCicero PL, a boutique law firm specializing in media and intellectual property law. From May 31, 2017 through the present, I have practiced with Shullman Fugate PLLC, a firm that specializes in content, intellectual property and business law.

5.      I am a member and past chair of the Florida Bar Media & Communications Law Committee and a member of the ABA Forum on Communications Law, where I previously served on the Governing Committee and have served on several sub-committees. I have been selected for inclusion in Florida Super Lawyers Magazine continuously since 2013, after four consecutive years as a "Rising Star." I also have an AV rating with Martindale.

6.      Allison Lovelady, another partner assigned to this case, has been a member of the Florida Bar in good standing since 2009. In addition to being licensed to practice in Florida's state courts, she is also admitted to practice in the United States District Courts for the Southern, Middle and Northern Districts of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

7.      In 2005, Ms. Lovelady earned a Bachelor of Science degree in Public Relations and Business Administration from the University of Florida, graduating *cum laude*. In 2009, she graduated from Nova Southeastern University Law School with Dean's List honors and was an Articles Editor for the ILSA Journal of International and Comparative Law.

8.      From 2009 through June 2012, she practiced with an intellectual property boutique firm, and from 2012 through February 2018, she practiced with Thomas & LoCicero PL, a law firm focused on media and intellectual property law. From 2018 through the present, she has practiced as a partner at Shullman Fugate PLLC, a firm that specializes in content,

Exhibit 1

intellectual property and business law, and where she serves as the head of the firm's intellectual property practice.

9.     Throughout her twelve-year legal career, the focus of her practice has been handling intellectual property matters in Florida's state and federal courts. She has lectured and conducted seminars about a variety of copyright and other intellectual property concerns, some of which are described in her firm bio. She has published a number of articles on copyright, trademark and media access issues for various publications, including the ABA IP Section *Landslide* magazine. She also served as the copyright chair of the ABA IP Law Section CLE Board and was legal counsel for the non-profit Art & Culture Center in Hollywood, Florida. She holds an AV Preeminent Rating and has been selected for inclusion in Florida Super Lawyers Magazine as a "Rising Star" in intellectual property from 2012 through 2019, and as a Super Lawyer in 2021. Ms. Lovelady's firm bio is attached as **Exhibit B.**

10.     An associate assigned to this matter, James Slater, has been a member of the Florida Bar in good standing since 2014. He is also admitted to practice in Colorado, Washington, the District of Columbia, and in the United States District Courts for the Southern, Middle, and Northern Districts of Florida and the District of Colorado, as well as the United States Court of Appeals for the Eleventh and Federal Circuits.

11.     In 2007, Mr. Slater earned a Bachelor's degree in Russian from the University of Florida, and in 2009, he graduated from the University of North Carolina at Chapel Hill with a Master's degree in Slavic Languages and Literatures. He also completed the National Security Education Program's Russian Overseas Flagship in 2010. In 2014, he graduated *cum laude* with a law degree from the University of Miami School of Law.

Exhibit 1

12.     Before joining Shullman Fugate PLLC, he practiced at a boutique class action law firm, directed an advocacy program at Legal Services of Greater Miami, served as a judicial law clerk to the Honorable Chris M. McAliley, and handled intellectual property matters at a technology boutique firm. Since becoming an associate at Shullman Fugate PLLC in 2020, he has litigated several content, intellectual property, and business law matters, with a primary focus on copyright matters. He is also a co-chair of the Florida Chapter of the Copyright Society of the U.S.A., through which he recently moderated a panel on recent copyright decisions within the Eleventh Circuit.

13.     The hourly rate for both myself and Ms. Lovelady in this matter is $375, which is a discounted rate provided to the client in this matter. Based on our skills and experience, this rate is lower than typical hourly rates for partners working on intellectual property matters.

14.     The hourly rate for Mr. Slater in this matter is $270, which is a discounted rate provided to the client in this matter and is lower than typical hourly rates for associates of his skill and expertise working on intellectual property matters.

15.     I am familiar with the rates charged by other lawyers and paralegals in this area who perform this type of work, and the rates identified in paragraphs 13–14 are consistent with (and lower than) work performed by lawyers of comparable experience and skill. Defendants seeks reimbursement at these rates.

16.     The hours Defendants incurred in defending this action are fully described in **Composite Exhibit C**[1], attached hereto. The hours described in this exhibit are incorporated by reference within this declaration and represent an accurate accounting of time expended and

---

[1] The redacted time entries pertain to attorney-client privileged communications and time entries unrelated to drafting the spoliation response materials.

Exhibit 1

billed to Defendants to respond to Plaintiffs' Motion for Sanctions Against Defendants for Spoliation (DE [153]). As the billing partner on this matter, I review all time entries prior to billing fees to the client. In accordance with my usual practice, I reviewed the fees for this matter and after excluding the time written off as a result of exercising billing judgment, my firm sent an unredacted version of the attached invoices (*see* Composite Exhibit C) to Defendants. As a result of exercising my billing judgment, I wrote off fees in the amount of $8,950.50 at the time of billing.[2] As a result, the total lodestar amount of fees sought in this fee application is **$15,609.00.**

    17.    The following chart reflects an hourly breakdown of the fees for which Defendants are seeking reimbursement:

| Initials | Hours Billed[3] | Amount |
|---|---|---|
| DKS | 8.4 | $ 3,150.00 |
| ASL | 23 | $ 8,625.00 |
| JMS | 14.2 | $ 3,834.00 |
| | **Total:** | **$ 15,609.00** |

    18.    Defendants are further obliged to compensate this firm at the rates described herein in connection with this declaration and its accompanying motion.

---

[2] Of the $8,950.50 discount listed above, $7,047.00 of time incurred was removed at the draft bill phase. Further discounts were made at time of final billing ($1,903.50), which are reflected on Composite Exhibit C.

[3] This column represents the hours for which Defendants' seek reimbursement. Any hours written-off prior to and on the attached Composite Exhibit C have been excluded.

Exhibit 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2021.

Deanna K. Shullman

Exhibit 1





# Deanna K. Shullman

Phone: (561) 429-3619
Email: dshullman@shullmanfugate.com
vCard

Deanna Shullman develops and implements successful strategies for defending clients in business,

intellectual property, and content-related litigation. She is known for her ability to solve practical problems for businesses both inside and outside of litigation. In her media/First Amendment practice, she provides pre-broadcast and pre-publication review and newsgathering advice, offers advice concerning content and publication practices, defends against subpoenas to reporters, defamation, and privacy claims, and prosecutes actions concerning access to government records and proceedings. In her intellectual property practice, Deanna litigates copyright and trademark disputes and provides advice concerning intellectual property management and enforcement. In her commercial litigation practice, Deanna litigates commercial disputes for corporate clients of all sizes, including contract disputes, class action defense, business torts and related areas.

Deanna also prepares and reviews contracts and other documents related to business operations and management. In addition, she provides effective strategies for navigating corporate online presence, including guidance on privacy and data-collection regulations and preparation of website management documents like terms of use and other online policies. She has also served as an expert witness on attorneys' fees in defamation, privacy, and public records cases and has testified at deposition and in court regarding such matters.

Deanna is a member of the American Bar Association's Forum on Communications Law, where she has served on the Governing Committee and several sub-committees. She is also a member and past Chair of the Florida Bar Media Law Committee.

# Education

- JD, University of Florida, 2001
- Certificate in Intellectual Property, University of Florida, 2001
- MA, Mass Communications, University of Florida, 2001
- BS, Television/Radio, Ithaca College, 1995

# Bar Admissions

- Florida
- U.S. District Court for the Southern District of Florida
- U.S. District Court for the Middle District of Florida
- U.S. District Court for the Northern District of Florida
- U.S. Court of Appeals for the 11th Circuit
- U.S. Supreme Court

# Recognitions

Exhibit A

- Rated AV Preeminent by Martindale-Hubbell
- Florida Super Lawyers (2013-2020)
- Florida Super Lawyers Rising Stars (2009-2012)

## Speaking & Media

Deanna is quoted frequently on matters of free speech, access to records, and other matters related to content gatherers and publishers. She has been included in Verdict Search (Cases of Note), Daily Business Review, The Sun-Sentinel, Tallahassee Democrat and The Tampa Tribune, among many other publications.

She also appears regularly as an invited speaker at both national and local events on matters impacting content publishers, for example:

- Panel Speaker, Newsgathering, MLRC Media Law Conference (October 2020)
- Panel Speaker, "In Harm's Aftermath: Covering the News in Violent Times," ABA Forum on Communications Law Annual Conference (Austin, TX, February 2020)
- Guest Lecturer, Defamation, Newsgathering, Privacy & Intellectual Property, Ithaca College Roy H. Park School of Communications (Ithaca, NY, October 2019; November 2020)
- Guest Lecturer, Defamation, Privacy & Intellectual Property, Ithaca College Graduate School of Business in Entertainment and Media Management (Ithaca, NY, October 2019)
- Panelist, "Hot Topics Roundtable: Sandmann v. The Washington Post," Media Law Resource Center (April 2019)
- Guest Lecturer, Defamation, Newsgathering, Pre-publication Review & Privacy, University of Miami School of Law (Miami, FL, April 2019)
- Lead Panel Speaker, Reporter's Privilege, ABA Forum on Communications Law Annual Conference (Miami, FL, February 2019)
- Panel Speaker, Libel & Privacy, MLRC Media Law Conference (Reston, VA, September 2018)
- Panel Speaker, Libel & Privacy, National Association of Hispanic Journalists International Training Conference (Miami, FL, July 2018)
- Panel Speaker, "Tweeters Gone Wild: The Ethical and Legal Consequences of Robust & Unrestrained Speech by Litigants and Lawyers Addicted to Social Media," 31st Annual Media and the Law Seminar (Kansas City, Missouri, May 2018)
- Moderator, "Jogos Olimpicos de Verao de 2016 / Summer Olympics 2016: IP, Newsgathering and Content Challenges," Media Law Resource Center conference on Legal Issues Concerning Hispanic and Latin American Media (Miami, Florida, March 2016).

## Publications

- Author, Letter to a Young Media Lawyer, MLRC MediaLawLetter (February 2020).

Exhibit A

- Co-Author, Overbroad Victims' Rights Laws Impede Access to Public Records, Communications Lawyer, (Summer 2019).
- Co-author, Seeing Stars: Courts and Congress Consider Whether to Knock Out Online Ratings to Defamation Claims, Communications Lawyer, American Bar Association, Vol. 32, No. 3 (Fall 2016).
- Co-Author, Mug Shots on Lockdown: Government and Citizen Backlash to "Exploitation" Websites Surges, Free Speech Is the Casualty, Communications Lawyer, June 2014.
- Co-Author, Reporter's Privilege Compendium (Florida), Reporter's Committee for Freedom of the Press (2010 - 2018).
- Author, The Playground, Communications Lawyer (2009).
- Author, Florida Supreme Court Extinguishes False Light, The Brechner Report (University of Florida) (2008).
- Author, Lights out on False Light in Florida, MLRC MediaLawLetter (2008).
- Co-Author, Court Clears FEMA's Cloud of Secrecy, The Brechner Report (University of Florida) (2007).
- Co-Author, Florida Supreme Court Stops Secret Dockets Known as Super Sealers, MLRC MediaLawLetter (2007).
- Co-Author, Recent Developments in Media, Privacy, and Defamation Law, 41 Tort Trial & Ins. Practice L.J. 2 (Winter 2006).
- Author, Jury Rejects False Light Claim by Tampa Police Officer, The Brechner Report (University of Florida), (discussing Deanna's and her law partners' successful defense of a television station and its reporter in a false light invasion of privacy trial) (November 2006).
- Author, Perfect Storm Gives Way to Calm Seas for First Amendment Advocates (2006).
- Co-Author, D.C. Circuit Denies Rehearing of Wen Ho Lee Contempt Citations, MLRC MediaLawLetter (November 2005).
- Co-Author, D.C. Circuit Upholds Contempt Citations of Four Journalists in Wen Ho Lee Matter, MLRC MediaLawLetter (July 2005).
- Co-Author, Florida Supreme Court Confirms that Misappropriation Statute Does Not Apply to "Perfect Storm," MLRC MediaLawLetter (April 2005).
- Author, Florida Street Vendor Statute Declared Constitutional: Newspaper Vendors Told (Not) to Hit the Road, MLRC MediaLawLetter (August 2003).
- Author, Judge Modifies Gag Order in Georgia Crematory Case, LDRC MediaLawLetter (March 2002).
- Author, The Domain Name Game: Applying Trademark Principles to an Internet Tug of War, Computer Law Review (September 1999).
- Author, Failure to Release Public Record Leads to Jail Time for Florida School Board Member, LDRC LibelLetter (July 1999).

## Practice Areas

[Content](Content)

[Intellectual Property](#)
[Commercial Litigation](#)
[Data Privacy and Security](#)

## For More Information

| Name: |
|-------|

| E-mail Address: |
|-----------------|

| Phone Number: |
|---------------|

| Message: |
|----------|

| ☐ I'm not a robot |
| reCAPTCHA |
| Privacy - Terms |

| Submit Form |
|-------------|

## Contact Us



Tampa Office
By Appointment
100 South Ashley Drive
Suite 600
Tampa, FL 33602
Phone: (844) 554-1354

Exhibit A

Email: info@shullmanfugate.com
Click here for directions



West Palm Beach Office
By Appointment
2101 Vista Parkway
Suite 4006
West Palm Beach, FL 33411
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions



Jacksonville Office
By Appointment
50 N. Laura Street
Suite 2500
Jacksonville, Florida 32202
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions

Exhibit A



Miami Office
By Appointment
201 South Biscayne Boulevard
28th Floor
Miami, Fl 33131
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions

---

Copyright © 2021 Shullman Fugate PLLC

Exhibit A





# Allison S. Lovelady

Phone: (561) 614-2592
Email: alovelady@shullmanfugate.com
vCard

Allison Lovelady focuses primarily on intellectual property, content, defamation and privacy disputes.  She has

Exhibit B

a wide array of experience litigating and counseling clients in licensing and entertainment matters. Allison's vast intellectual property knowledge arises from copyright and trademark litigation experience and management of client IP portfolios, which involve advising clients on prosecution strategies and representing clients through Trademark Trial and Appeal Board disputes. Allison negotiates licensing and other creative solutions for clients ranging from music distributors, food trucks and entertainment websites to small and large businesses. As part of her daily practice, she negotiates contracts regarding use of client name, likeness, and intellectual property in motion pictures, reality television, music videos, and commercials. She also handles public performance licensing for commercial businesses and has previously secured licensing for large scale festivals like the Ultra Music Festival in Miami, Florida.

In her media practice, Allison routinely handles subpoenas for footage held by media outlets and advises clients on obtaining public records and access to court proceedings. She also has experience defending defamation and privacy-related claims.

Allison has appeared in the United States Supreme Court on internet defamation issues, and the Eleventh Circuit Court of Appeals, Florida Supreme Court and Florida Appellate Courts on trademark and copyright infringement and media access issues. Allison is proud to have served as legal counsel for the non-profit Art & Culture Center in Hollywood, Florida.

# Education

- JD, Dean's list, Nova Southeastern University, 2009
- BS, *cum laude,* University of Florida, 2005

# Bar Admissions

- Florida
- U.S. District Court for the Middle District Florida
- U.S. District Court for the Southern District Florida
- U.S. District Court for the Northern District Florida
- U.S. Court of Appeals for the 11th Circuit
- U.S. Supreme Court

# Recognition

- Rated AV Preeminent by Martindale-Hubbell
- Florida Super Lawyers Rising Stars (2012-2019)

# Speaking & Media

Exhibit B

- Speaker "Copyright Law in the Digital World for Paralegals," Lorman Education Services (February 2021).
- Moderator, "What are Media Insurer's Really Thinking?" roundtable; ABA Forum on Communications Law Annual Conference (January 2021)
- Speaker, "South Florida Chapter's Eleventh Circuit Roundup," Copyright Society of the USA (November 2020)
- Speaker, "Trademark Law for Paralegals", Lorman Education Services (September 2020)
- Speaker, "Trademark Fair Use in the Digital World", American Bar Association Landslide Webinar (June 2019)
- Panel Speaker, Public Records after Parkland Tragedy; ABA Forum on Communications Law Annual Conference (Miami, FL, February 2019)
- Panel Speaker, Copyright and Digital Media, National Association of Hispanic Journalists Conference (Miami, FL, July 2018)
- Moderator, "Online Piracy in Latin America," Media Law Resource Center conference on Legal Issues Concerning Hispanic and Latin American Media (2017).
- Panelist, "Festivals and Touring," 5th Annual NSU Sports & Entertainment Law Symposium (2012).
- Speaker, "Demystifying Copyright, Trademark and Patents," Florida Bar Entertainment, Arts & Sports Law Section (2012).
- Speaker, NSU Intellectual Property Law Society (2011, 2016).
- Allison has been quoted in several publications for her knowledge on media access and intellectual property issues, such as the *Palm Beach Post, Gainesville Sun, First Coast News,* and others.

# Publications

- Author, <u>What's in a [Business] Name? Trademark Fair use in Today's Digital Climate</u>, American Bar Association *Landslide* Magazine (2019).
- Co-Author, Florida Open Courts Compendium, Reporters Committee for Freedom of the Press (2015).
- Contributor, Chapter II Access to Exhibits, Media Law Resource Center Panic Book (2015).
- Co-Author, <u>Cameras in the Courtroom</u>, Reporter's Handbook (2012-present).

## Practice Areas

<u>Content</u>
<u>Intellectual Property</u>
<u>Commercial Litigation</u>
<u>Data Privacy and Security</u>

## For More Information

Exhibit B

Name:

E-mail Address:

Phone Number:

Message:

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit Form

## Contact Us



Tampa Office
By Appointment
100 South Ashley Drive
Suite 600
Tampa, FL 33602
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions

Exhibit B



West Palm Beach Office
By Appointment
2101 Vista Parkway
Suite 4006
West Palm Beach, FL 33411
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions



Jacksonville Office
By Appointment
50 N. Laura Street
Suite 2500
Jacksonville, Florida 32202
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions

Exhibit B



Miami Office
By Appointment
201 South Biscayne Boulevard
28th Floor
Miami, Fl 33131
Phone: (844) 554-1354
Email: info@shullmanfugate.com
Click here for directions

---

Copyright © 2021 Shullman Fugate PLLC

Exhibit B

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/03/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/03/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/03/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/03/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/03/2021 | 🕐 | ██████ | ████ | ██ | ██ | ██ | - | ██ |
|  |  |  |  |  | ██ |  | ██ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ████████ ● Billed invoice 2226 | ██████ | ████ | | | | |
| 05/03/2021 | 🕐 | ████████ ● Billed invoice 2226 | ██████ | ████ | ██ | ██ | - | ███ |
| 05/03/2021 | 🕐 | ████████ ● Billed invoice 2226 | ██████ | ███ | ██ | ██ | - | ███ |
| 05/03/2021 | 🕐 | ████████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ███ |
| 05/03/2021 | 🕐 | ████████ ● Billed invoice 2226 | ██████ | ███ | ██ | ██ | - | ███ |
| 05/03/2021 | 🕐 | ████████ | ██████ | ███ | ██ | ██ | - | ███ |

Exhibit C

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ██████████ ● Billed invoice 2226 | ██████ | | | | | |
| 05/04/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ██████ | ███ | ██ | ██ | - | ██ |
| 05/04/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ██ |
| 05/04/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ██ |
| 05/04/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ██ |
| 05/04/2021 | 🕐 | ██████████ | ██████ | ██ | | ██ | █ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ██████████ | ██████ | | | | | |
| | | 🟢 Billed invoice 2226 | | | | | | |
| 05/04/2021 | 🕐 | ██████████ | █████████ | ████ | ██ | ███ | - | ███ |
| | | 🟢 Billed invoice 2226 | | | | | | |
| 05/04/2021 | 🕐 | ██████████ | █████████ | ███ | ██ | ███ | - | ███ |
| | | 🟢 Billed invoice 2226 | | | | | | |
| 05/04/2021 | 🕐 | ██████████ | █████████ | ███ | ██ | ███ | - | ███ |
| | | 🟢 Billed invoice 2226 | | | | | | |
| 05/04/2021 | 🕐 | ██████████ | █████████ | ███ | ██ | ███ | - | ███ |
| | | 🟢 Billed invoice 2226 | | | | | | |
| 05/04/2021 | 🕐 | ██████████ | █████████ | ███ | ██ | ███ | - | ███ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ████████ ● Billed invoice 2226 | ████ | | | | | |
| 05/04/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████████ | ██ | ██ | ██ | - | ██ |
| 05/04/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Review, research and analyze spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Deanna Shullman | 1.80h | 375.00 | - | 675.00 |
| 05/04/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████████ | ██ | ██ | ██ | - | ██ |
| 05/04/2021 | 🕐 | A102 Research L250 Other Written Motions and Submissions: Research spoliation standard. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | James Slater | 2.50h | 270.00 | - | 675.00 |
| 05/04/2021 | 🕐 | A102 Research L250 Other Written Motions and Submissions: Analyze cases relied on by Plaintiffs in spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | James Slater | 2.10h | 270.00 | - | 567.00 |
| 05/05/2021 | 🕐 | ████████ | ████████ | ██ | ██ | ██ | - | ██ |
| | | | | | ██ | | ██ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|-------------------|--------------|
| | | ▓▓▓▓▓▓<br>● Billed invoice 2226 | ▓▓▓▓▓ | | | | | |
| 05/05/2021 | 🕐 | ▓▓▓▓▓▓▓<br>● Billed invoice 2226 | ▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | - | ▓▓ |
| 05/05/2021 | 🕐 | ▓▓▓▓▓▓<br>● Billed invoice 2226 | ▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | - | ▓▓ |
| 05/05/2021 | 🕐 | ▓▓▓▓▓<br>● Billed invoice 2226 | ▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | - | ▓▓ |
| 05/05/2021 | 🕐 | A103 Draft/revise L250 Other Written Motions and Submissions: Draft response to plaintiffs' spoliation motion.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | James Slater | 7.50h | 270.00 | - | 2,025.00 |
| 05/06/2021 | 🕐 | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓ | ▓▓ | ▓▓ | - | ▓▓ |
| | | | | | ▓▓ | | ▓ | ▓▓ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Billed invoice 2226 | | | | | | |
| 05/06/2021 |  | ● Billed invoice 2226 | | | | | - | |
| 05/06/2021 | | ● Billed invoice 2226 | | | | | - | |
| 05/06/2021 | | ● Billed invoice 2226 | | | | | - | |
| 05/06/2021 | | ● Billed invoice 2226 | | | | | - | |
| 05/06/2021 | | A102 Research L250 Other Written Motions and Submissions: Research on timeliness issues relative to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | James Slater | 2.10h | 270.00 | - | 567.00 |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/06/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ████████ | ████ | ██ | ██ | - | ██ |
| 05/06/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ████████ | ██████ | ██ | ██ | - | ██ |
| 05/07/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ████████ | ████ | ██ | ██ | - | ██ |
| 05/07/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ████████ | ████ | ██ | ██ | - | ██ |
| 05/07/2021 | 🕐 | ██████████ ● Billed invoice 2226 | ████████ | ████ | ██ | ██ | - | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/07/2021 | 🕐 | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/07/2021 | 🕐 | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/07/2021 | 🕐 | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/08/2021 | 🕐 | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/10/2021 | 🕐 | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/10/2021 | 🕐 | A104 Review/analyze L250 Other Written Motions and Submissions: Analyze issues regarding signage and Munro's inspection related to | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright | Allison Lovelady | 0.60h | 375.00 | - | 225.00 |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ████████ ● Billed invoice 2226 | ████ | | | | | |
| 05/10/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████████ | ████ | ██ | ██ | - | ██ |
| 05/10/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████████ | ██ | ██ | ██ | - | ██ |
| 05/11/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████████ | ██ | ██ | ██ | - | ██ |
| 05/11/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Analyze Plaintiffs' motion for spoliation in preparation to review draft response in opposition to same. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 0.60h | 375.00 | - | 225.00 |
| 05/11/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Revise response in opposition to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 2.10h | 375.00 | - | 787.50 |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|--------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 05/11/2021 | 🕐 | A105 Communicate (in firm) L350 Discovery Motions: Confer with A. Lovelady regarding substance of response to spoliation motion.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Deanna Shullman | 0.30h | 375.00 | - | 112.50 |
| 05/12/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Analyze issues regarding spoliation and prejudice showings for revisions to response in opposition to same.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Allison Lovelady | 0.40h | 375.00 | - | 0.00 |
| 05/12/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Revise response in opposition to spoliation motion.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Allison Lovelady | 1.20h | 375.00 | - | 450.00 |
| 05/12/2021 | 🕐 | A102 Research L250 Other Written Motions and Submissions: Research on spoliation cases in context of layouts or premises.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | James Slater | 0.80h | 270.00 | - | 0.00 |
| 05/13/2021 | 🕐 | ██████████<br>● Billed invoice 2226 | ██████████ | █████ | ███ | ████ | - | ████ |
| 05/13/2021 | 🕐 | A102 Research L350 Discovery Motions: Research spoliation issues for use in editing response to motion for spoliation.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Allison Lovelady | 1.60h | 375.00 | - | 600.00 |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/13/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Revise response to spoliation motion.<br>🟢 Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Allison Lovelady | 3.10h | 375.00 | - | 1,162.50 |
| 05/14/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Strategize regarding extraordinary remedies sought in spoliation motion and issues to raise in response to same.<br>🟢 Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Allison Lovelady | 0.40h | 375.00 | - | 0.00 |
| 05/14/2021 | 🕐 | ██████████<br>🟢 Billed invoice 2226 | ██████████ | ██████ | ████ | ████ | - | ████ |
| 05/14/2021 | 🕐 | ██████████<br>🟢 Billed invoice 2226 | ██████████ | ██████ | ████ | ████ | - | ████ |
| 05/14/2021 | 🕐 | ██████████<br>🟢 Billed invoice 2226 | ██████████ | ██████ | ████ | ████ | - | ████ |
| 05/14/2021 | 🕐 | ██████████ | ██████████ | ██████ | ████ | ████ | - | ████ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ███████████ <br> 🟢 Billed invoice 2226 | ███████ | | | | | |
| 05/15/2021 | 🕐 | ███████████ <br> 🟢 Billed invoice 2226 | ███████ | ████ | ███ | ████ | - | ████ |
| 05/15/2021 | 🕐 | ███████████ <br> 🟢 Billed invoice 2226 | ███████ | ████ | ███ | ████ | - | ████ |
| 05/16/2021 | 🕐 | ███████████ <br> 🟢 Billed invoice 2226 | ███████ | ████ | ███ | ████ | - | ████ |
| 05/17/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Continue revising response to spoliation motion. <br> 🟢 Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 3.50h | 375.00 | - | 1,312.50 |
| 05/17/2021 | 🕐 | ███████████ <br> 🟢 Billed invoice 2226 | ███████ | ████ | ███ | ████ | - | ████ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/17/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ███████ | █████ | ████ | ████ | - | ████ |
| 05/17/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Review evidence to cite in support of response in opposition to spoliation motion.<br>● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 0.90h | 375.00 | - | 0.00 |
| 05/17/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ███████ | ████ | ████ | ████ | - | ████ |
| 05/17/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ███████ | ████ | ████ | ████ | - | ████ |
| 05/17/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ███████ | ████ | ████ | ████ | - | ████ |
| | | | | | ████ | | ████ | ████ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/17/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████ | ███ | ██ | ██ | - | ██ |
| 05/18/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Continue drafting and revising response to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 3.00h | 375.00 | - | 1,125.00 |
| 05/18/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Analyze issues regarding inspection of Defendants' lights and california warehouse for use in response to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 0.40h | 375.00 | - | 150.00 |
| 05/18/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Review additional evidence and various deposition testimony for use in response to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 1.60h | 375.00 | - | 600.00 |
| 05/18/2021 | 🕐 | ████████ ● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| | | | | | ██ | | █ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/18/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ███ | ██ | ██ | - | ██ |
| 05/18/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ███ | ██ | ██ | - | ██ |
| 05/18/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ███ | ██ | ██ | - | ██ |
| 05/18/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ███ | ██ | ██ | - | ██ |
| 05/18/2021 | 🕐 | ██████ ● Billed invoice 2226 | ████ | ███ | ██ | ██ | - | ██ |
| 05/18/2021 | 🕐 | A101 Plan and prepare for L210 Pleadings: Locate and plan | Kilburn Live, LLC (adv. Munro - copyright | Deanna Shullman | 0.50h | 375.00 | - | 0.00 |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | exhibits to opposition to spoliation motion.<br>● Billed invoice 2226 | infringement)<br>adv. Munro - copyright infringement | | | | | |
| 05/18/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████<br>● Billed invoice 2226 | ████ | ██ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████ | ████ | ██ | ██ | ██ | - | ██ |
| | | | | | ██ | | ██ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ███████ Billed invoice 2226 | ███████ | | | | | |
| 05/19/2021 | 🕐 | ███████ Billed invoice 2226 | ███████ | ███ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████ Billed invoice 2226 | ███████ | ███ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████ Billed invoice 2226 | ███████ | ███ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████ Billed invoice 2226 | ███████ | ██ | ██ | ██ | - | ██ |
| 05/19/2021 | 🕐 | ███████ | ███████ | ███ | ██ | ██ | - | ██ |
| | | | | | ██ | | ██ | ██ |

Exhibit C

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Billed invoice 2226 | | | | | | |
| 05/20/2021 | 🕐 | ● Billed invoice 2226 | | | | | - | |
| 05/20/2021 | 🕐 | A103 Draft/revise L240 Dispositive Motions: Further revisions to spoliation response in accordance with judge's new guidelines. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 1.30h | 375.00 | - | 487.50 |
| 05/20/2021 | 🕐 | ● Billed invoice 2226 | | | | | - | |
| 05/20/2021 | 🕐 | ● Billed invoice 2226 | | | | | - | |
| 05/20/2021 | 🕐 | ● Billed invoice 2226 | | | | | - | |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/20/2021 | ⏱ | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/21/2021 | ⏱ | A103 Draft/revise L350 Discovery Motions: Review and revise spoliation motion response. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Deanna Shullman | 4.90h | 375.00 | - | 1,837.50 |
| 05/21/2021 | ⏱ | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/21/2021 | ⏱ | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/21/2021 | ⏱ | ⬛ Billed invoice 2226 | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| 05/21/2021 | ⏱ | ⬛ | ⬛ | ⬛ | ⬛ | ⬛ | - | ⬛ |
| | | | | | ⬛ | | ⬛ | ⬛ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Billed invoice 2226 | ███ | | | | | |
| 05/21/2021 | 🕐 | ███ ● Billed invoice 2226 | ███ | ███ | ██ | ██ | - | ██ |
| 05/23/2021 | 🕐 | ███ ● Billed invoice 2226 | ███ | ██ | ██ | ██ | - | ██ |
| 05/24/2021 | 🕐 | ███ ● Billed invoice 2226 | ███ | ██ | ██ | ██ | - | ██ |
| 05/24/2021 | 🕐 | ███ ● Billed invoice 2226 | ███ | ██ | ██ | ██ | - | ██ |
| 05/24/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Revise response to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 0.40h | 375.00 | - | 150.00 |
| 05/24/2021 | 🕐 | ███ | ███ | ██ | ██ | ██ | - | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ██████ ● Billed invoice 2226 | ██████ | | | | | |
| 05/25/2021 | 🕐 | ██████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ██ |
| 05/25/2021 | 🕐 | ██████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ██ |
| 05/25/2021 | 🕐 | ██████ ● Billed invoice 2226 | ██████ | ██ | 0██ | ██ | - | ██ |
| 05/25/2021 | 🕐 | ██████ ● Billed invoice 2226 | ██████ | ██ | ██ | ██ | - | ██ |
| 05/25/2021 | 🕐 | A104 Review/analyze L350 Discovery Motions: Review record for citations to use in response in opposition to motion for spoliation. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 0.60h | 375.00 | - | 225.00 |
| | | | | | ██ | | ██ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date ▲ | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/25/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Additional revisions to response in opposition to spoliation motion.<br>🟢 Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement)<br>adv. Munro - copyright infringement | Allison Lovelady | 1.50h | 375.00 | | 0.00 |
| 05/25/2021 | 🕐 | ████████████<br>🟢 Billed invoice 2226 | ██████████ | ████ | ███ | ███ | - | ███ |
| 05/25/2021 | 🕐 | ██████████<br>🟢 Billed invoice 2226 | ██████████ | ██ | ███ | ███ | - | ███ |
| 05/25/2021 | 🕐 | ██████████<br>🟢 Billed invoice 2226 | ██████████ | ███ | ███ | ███ | - | ███ |
| 05/26/2021 | 🕐 | ██████████<br>🟢 Billed invoice 2226 | ██████████ | ████ | ███ | ███ | - | ███ |
| 05/26/2021 | 🕐 | ██████████ | ██████████ | ███ | ███ | ███ | - | ███ |
| | | | | | ███ | | ███ | ███ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ● Billed invoice 2226 | ██████████ | | | | | |
| 05/26/2021 | 🕐 | ████████████ ████████ ● Billed invoice 2226 | ██████████ | ████ | ███ | ███ | - | ███ |
| 05/26/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Review and revise opposition to spoliation motion filed by Plaintiffs. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Deanna Shullman | 1.40h | 375.00 | - | 525.00 |
| 05/26/2021 | 🕐 | ████████████ ● Billed invoice 2226 | ██████████ | ███ | ███ | ███ | - | ███ |
| 05/26/2021 | 🕐 | ████████████ ● Billed invoice 2226 | ██████████ | ███ | ███ | ███ | - | ███ |
| 05/27/2021 | 🕐 | ████████████ ● Billed invoice 2226 | ██████████ | ███ | ███ | ███ | - | ███ |
| 05/27/2021 | 🕐 | ████████████ | ██████████ | ███ | ███ | ███ | - | ███ |
| | | | | | ███ | | ███ | ███ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ██████████ <br> 🟢 Billed invoice 2226 | ██████ | | | | | |
| 05/27/2021 | 🕐 | █████████ <br> 🟢 Billed invoice 2226 | ██████ | ███ | ██ | ██ | - | ██ |
| 05/27/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Review and prepare exhibits for response to spoliation motion. <br> 🟢 Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 1.10h | 375.00 | - | 412.50 |
| 05/28/2021 | 🕐 | █████████ <br> 🟢 Billed invoice 2226 | ██████ | ███ | ██ | ██ | - | ██ |
| 05/28/2021 | 🕐 | █████████ <br> 🟢 Billed invoice 2226 | ██████ | ███ | ██ | ██ | - | ██ |
| 05/28/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Revise and finalize response to spoliation motion and all exhibits. <br> 🟢 Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Allison Lovelady | 1.90h | 375.00 | - | 712.50 |
| 05/28/2021 | 🕐 | █████████ | ██████ | ███ | ██ | ██ | - | ██ |
| | | | | | ██ | | ██ | ██ |

Exhibit C

# Activities Export

07/07/2021
1:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| | | ███████████ ● Billed invoice 2226 | ██████████ | | | | | |
| 05/28/2021 | 🕐 | A103 Draft/revise L350 Discovery Motions: Revise response to spoliation motion. ● Billed invoice 2226 | Kilburn Live, LLC (adv. Munro - copyright infringement) adv. Munro - copyright infringement | Deanna Shullman | 0.80h | 375.00 | - | 0.00 |
| 05/28/2021 | 🕐 | ███████████ ● Billed invoice 2226 | ████████ ████████ | ████ | ███ | ████ | - | ████ |
| 05/28/2021 | 🕐 | ███████████ ● Billed invoice 2226 | ████████ | ████ | ███ | ████ | - | ████ |
| 05/30/2021 | 🕐 | ███████████ ● Billed invoice 2226 | ████████ | ████ | ███ | ████ | - | ████ |
| 05/31/2021 | 🕐 | ███████████ ● Billed invoice 2226 | ████████ | ████ | ███ | ████ | - | ████ |
| | | | | | ████ | | ████ | ████ |

Exhibit C

# Activities Export



| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|------|------|-------------|--------|------|-----|----------|------------------|--------------|
| 05/31/2021 | 🕐 | ███████████ | ██████████ | ███ | ███ | ███ | - | ███ |
| | | 🟢 Billed invoice 2226 | | | | | | |

Exhibit C