UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20079-SINGHAL/LOUIS

BRUCE MUNRO, *et al.*,

    Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC., *et al.*,

    Defendants.

**DEFENDANTS' NOTICE OF WITHDRAWAL OF
MOTION FOR ATTORNEYS' FEES AND COSTS**

    Pursuant to the Court's Paperless Order of July 15, 2021 (DE [210]), Defendants[1] hereby file notice that they withdraw their Motion for Attorneys' Fees and Costs under Local Rule 7.1. (DE [209]). The parties have reached an agreement.

**LOCAL RULE 7.1(a)(3) CONFERRAL**

    Counsel for Defendants have conferred with counsel for Plaintiffs, who do not oppose this notice.

Dated: July 20, 2021.   Respectfully Submitted,

    SHULLMAN FUGATE PLLC

    **Deanna K. Shullman**
    Deanna K. Shullman (FBN 514462)
    Allison S. Lovelady (FBN 70662)
    Giselle M. Girones (FBN 124373)
    2101 Vista Parkway, Suite 4006
    West Palm Beach, FL 33411

---

[1] The term "Defendants" excludes Defendant Zhongshan G-Lights Lighting Co., Ltd.

Tel: (561) 614-2592
dshullman@shullmanfugate.com
alovelady@shullmanfugate.com
ggirones@shullmanfugate.com
*Attorneys for Defendants*