UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20079-CIV-SINGHAL/LOUIS

BRUCE MUNRO and BRUCE MUNRO LTD.,

    Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN, INC.;
NIGHT GARDEN, LLC; KILBURN LIVE, LLC;
ZHONGSHAN G-LIGHTS LIGHTING CO., LTD.;
NANNETTE M. ZAPATA; KILBURN MEDIA, LLC;
MARK C. MANUEL; IMAGINER LTD; IMAGINER,
INC.; and MAX PAINTER,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Order (DE [216]) granting Defendants' Joint Motion for Summary Judgment.[1] The Court enters this separate final judgment under Federal Rule of Civil Procedure 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants Fairchild Tropical Botanic Garden, Inc.; Night Garden, LLC; Kilburn Live, LLC; Nannette M. Zapata; Kilburn Media, LLC; Mark C. Manuel; Imaginer Ltd.; Imaginer, Inc.; and Max Painter, and against Plaintiffs Bruce Munro and Bruce Munro, Ltd. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of January 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF

---

[1] Defendant Zhongshan G-Lights Lighting Co., Ltd. has defaulted and did not join in the other Defendants' Motion.