UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60980-CIV-SINGHAL/MCALILEY

BRUCE MUNRO and BRUCE MUNRO,
LTD. d/b/a BRUCE MUNRO STUDIO,

    Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC GARDEN,
INC., *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court *sua sponte*. On June 2, 2021, counsel for Plaintiffs forwarded to Chambers a Declaration of Joel B. Rothman and certain items of non-documentary evidence in opposition to Defendants' Moton for Summary Judgment. No motion for leave to file non-documentary evidence was made. To preserve the record, it is hereby

**ORDERED** that the non-documentary evidence submitted by Plaintiffs as detailed in the Declaration of Joel B. Rothman shall be filed with the Clerk of Court and deemed filed as of June 2, 2021. The Declaration of Joel B. Rothman shall also be deemed filed as of June 2, 2021.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of January 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF