UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-20-cv-20079-RS-LFL

BRUCE MUNRO AND BRUCE MUNRO,
LTD. DBA BRUCE MUNRO STUDIO,

    Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., NANETTE M. ZAPATA,
NIGHT GARDEN, LLC, KILBURN LIVE,
LLC, KILBURN MEDIA, LLC, MARK C.
MANUEL, IMAGINER, INC., IMAGINER
LTD., MAX PAINTER, AND ZHONGSHAN
G-LIGHTS LIGHTING CO., LTD.,

    Defendants.

_____

## DECLARATION OF JOEL B. ROTHMAN

I, Joel B. Rothman, declare and say:

    1.    I am an attorney representing the plaintiffs in this action.

    2.    I submit this declaration in opposition to the motion for summary judgment filed by defendants in this action.

    3.    The items on the list below that cannot be electronically filed were sent to the chambers of District Judge Raag Singhal for consideration in connection with the plaintiffs' opposition to the motion for summary judgment.

| Item | Name | Bates Number |
|---|---|---|
| Post Cards | Bruce Munro FIELD OF LIGHT | MUNRO-014221 |
| Softcover Book | Bruce Munro LIGHT ULURU – AUSTRALIA | MUNRO-009482 |
| Softcover Book | FIELD OF LIGHT AVENUE OF HONOUR BY BRUCE MUNRO | MUNRO-009481 |
| Hardcover Book | Bruce Munro LIGHT SENSORIO | MUNRO-009480 |
| Hardcover Book | Bruce Munro LIGHT MONTALVO ARTS CENTER | MUNRO-009478 |
| Hardcover Book | Bruce Munro LIGHT BROOKGREEN GARDENS | MUNRO-009479 |
| DVD | LIGHT Bruce Munro | MUNRO-009476 |
| DVD | RETURN TO ULURU Bruce Munro | MUNRO-009477 |
| Calendar | Bruce Munro LIGHT INSTALLATIONS 2014 CALENDAR | MUNRO-009484 |
| Softcover Book | LONGWOOD GARDENS Light Installations by Bruce Munro | MUNRO-009475 |
| Coffee Table Book | Bruce Munro CATCHING THE LIGHT | MUNRO-009483 |
| USB Thumb Drive | Short videos of Bruce Munro's work | |

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 28, 2021 at Boca Raton, Florida.

*/s/ Joel B. Rothman*
Joel B. Rothman
