UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-20079-CIV-SINGHAL/LOUIS

BRUCE MUNRO and
BRUCE MUNRO, LTD.,

   Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., *et a*l.,

   Defendants.

_____

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs BRUCE MUNRO and BRUCE MUNRO, LTD. hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment [DE 217] and Order on Defendants' Joint Motion for Summary Judgment [DE 216] entered in this action on January 13, 2022.

Dated: February 10, 2022     Respectfully submitted,

               */s/ Joel B. Rothman*
               JOEL B. ROTHMAN
               Florida Bar Number: 98220
               joel.rothman@sriplaw.com
               CRAIG A. WIRTH
               Florida Bar Number: 125322
               craig.wirth@sriplaw.com
               ANGELA M. NIEVES
               Florida Bar NUMBER: 1032760
               angela.nieves@sriplaw.com

               **SRIPLAW**
               21301 Powerline Road
               Suite 100
               Boca Raton, FL 33433
               561.404.4350 – Telephone

561.404.4353 – Facsimile

and

CARL F. SCHWENKER *(pro hac vice)*
Texas Bar No. 00788374
cfslaw@swbell.net

**LAW OFFICES OF CARL F. SCHWENKER**
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

*Counsel for Plaintiffs Bruce Munro and Bruce Munro, Ltd. dba Bruce Munro Studio*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 10, 2022, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                          */s/ Joel B. Rothman*
                                          JOEL B. ROTHMAN

## SERVICE LIST

Deanna K. Shullman
Allison S. Lovelady
Giselle M. Girones
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
alovelady@shullmanfugate.com
ggirones@shullmanfugate.com
jslater@shullmanfugate.com

*Counsel for Defendants Kilburn Live, LLC, Kilburn Media LLC, Manuel, Night Garden, LLC, Fairchild Tropical Botanic Garden, Inc., Zapata, Imaginer Ltd., Imaginer Inc., and Painter*

John K. Shubin, Esq.
SHUBIN & BASS, P.A.
46 S.W. First Street, Third Floor
Miami, Florida 33130
Telephone:(305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinbass.com
eservice@shubinbass.com

*Co-counsel for Defendants Fairchild Tropical Botanic Garden, Inc. and Zapata*