UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20079-CIV-SINGHAL/LOUIS

BRUCE MUNRO, *et al.*,

    Plaintiffs,

vs.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., *et al.*,

    Defendants.
_____/

## ORDER OF REFERRAL

**THIS CAUSE** has come before the Court upon Defendant's Motion for Bill of Costs (DE [224]), filed on February 14, 2022. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that this matter is **REFERRED** to Magistrate Judge Lauren F. Louis for report and recommendation.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of February 2022.

                                                                   RAAG SINGHAL
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
Hon. Lauren F. Louis