**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-20079-CIV-SINGHAL/LOUIS**

BRUCE MUNRO and
BRUCE MUNRO, LTD.,

     Plaintiffs,

v.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., *et a*l.,

     Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO**
**DEFER COSTS AND FEE MATTERS DURING PENDING APPEAL**

    Plaintiffs Bruce Munro and Bruce Munro, Ltd. dba Bruce Munro Studio ("Munro"), by and through undersigned counsel, move to continue and defer until completion of the pending appeal in this action matters regarding recovery of costs and attorney fees under Fed. R. Civ. P. 54(d).  This motion is **unopposed**,[1] and a proposed order is attached.

**DISCUSSION**

    Rule 54(d) provides a process for parties to seek costs and attorney fees following judgment.  *See* Fed. R. Civ. P. 54(d).  The Advisory Committee notes to the rule also provide that:

> If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.

---

[1] Counsel for defendants Fairchild Tropical Botanic Garden, Inc., Imaginer Inc., Imaginer Ltd., Kilburn Live, LLC, Kilburn Media LLC, Night Garden, LLC, Mark Manuel, Max Painter, and Nanette Zapata (collectively "Nightgarden Defendants") confirmed that they **do not oppose this motion**.  Default was already entered against remaining defendant Zhongshan G-Lights Lighting Co., Ltd. ("G-Lights") on April 8, 2020 (DE 44).

1

1993 Advisory Committee notes to Fed. R. Civ. P. 54(d); *see also Dunklin v. Mallinger*, Case No. 11- cv-01275-JCS, 2013 U.S. Dist. LEXIS 85340, at *3 (N.D. Cal. June 17, 2013) (noting that the Advisory Committee's notes on attorney fees applies equally to consideration of bills of costs); Fed. R. Civ. P. 54(d)(1) & (d)(2)((B) (permitting alteration of the timing and procedure for seeking costs and fees by "court order").

Following entry of judgment on January 13, 2022 (DE 216, 217), an appeal on the merits of the present case was timely taken on February 10, 2022.  (DE 222, 223).  Munro noticed the appeal to the Eleventh Circuit Court of Appeals (DE 222) before Nightgarden Defendants submitted their Bill of Costs and Memorandum of Law in Support thereof (DE 224, 225) and Nightgarden Defendants have not submitted for fees as of yet.  Munro has contested the bill of costs, noting the multiple complex issues it presents.  (DE 228).

"If th[e] Court were to resolve the issues of attorney's fees and costs while an appeal remains pending, it would likely be necessary to repeat this procedure following the appeal." *Brivik v. Murray*, No. 8:11-cv-2101-T-33TGW (M.D. Fla. Dec. 12, 2012).  Moreover, the appeal's outcome may obviate the cost and fee issues.  *Id.*

In the interest of judicial efficiency, *see* Fed. R. Civ. P. 1, and consistent with routine practice, the issues of costs and fees under Rule 54(d) should therefore be deferred until the appellate process has been completed, and the filed bill of costs (DE 224, 225) denied without prejudice to its refiling upon conclusion of the appeal.  *See id.; Brivik v. Murray*, No. 8:11-cv-2101-T-33TGW, 2014 WL 1576721, at *5-6 (M.D. Fla. Apr. 18, 2014) (noting the deferral of cost and fee assessment matters pending an appeal); 1993 Advisory Committee notes to Fed. R. Civ. P. 54(d) (authorizing deferral of fee and costs issues pending appeal); *Dunklin*, 2013 U.S. Dist. LEXIS 85340, at *3; *CoreCivic Inc. v. Candide Grp. LLC*, No. C-20-03792-WHA, 2021 WL

1267259, at *1, *6 (N.D. Cal. Apr. 6, 2021) (deferring calculation of attorney fees and costs pending appeal).

**CONCLUSION**

For these reasons, Plaintiffs Bruce Munro and Bruce Munro, Ltd. respectfully ask the Honorable Court to grant this motion and enter the attached proposed order deferring Rule 54(d) cost and fee matters until the appellate process has completed and denying the bill of costs motion (DE 224, 225) without prejudice with leave to re-file it after resolution of the appeal.

Dated: March 2, 2022                                        Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

CARL F. SCHWENKER *(pro hac vice)*
Texas Bar No. 00788374
cfslaw@swbell.net

**LAW OFFICES OF CARL F. SCHWENKER**
The Parsons House
3807 Duval Street, Suite E
Austin, TX 78751
512.480.8427 – Telephone
512.857.1294 – Facsimile

*Counsel for Plaintiffs Bruce Munro and Bruce Munro, Ltd. dba Bruce Munro Studio*

## CERTIFICATE OF GOOD FAITH CONFERENCE
## (CONFERRED AND ABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION)

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, who have confirmed that this motion is **UNOPPOSED**.

*/s/ Carl F. Schwenker*
CARL F. SCHWENKER

## CERTIFICATE OF SERVICE

The undersigned certifies that on <u>March 2, 2022</u>, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN

## SERVICE LIST

Deanna K. Shullman
Allison S. Lovelady
Giselle M. Girones
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Telephone: (561) 429-3619
dshullman@shullmanfugate.com
alovelady@shullmanfugate.com
ggirones@shullmanfugate.com
jslater@shullmanfugate.com

*Counsel for Defendants Kilburn Live, LLC, Kilburn Media LLC, Manuel, Night Garden, LLC, Fairchild Tropical Botanic Garden, Inc., Zapata, Imaginer Ltd., Imaginer Inc., and Painter*

John K. Shubin, Esq.
SHUBIN & BASS, P.A.
46 S.W. First Street, Third Floor
Miami, Florida 33130
Telephone:(305) 381-6060
Facsimile: (305) 381-9457
jshubin@shubinbass.com
eservice@shubinbass.com

*Co-counsel for Defendants Fairchild Tropical Botanic Garden, Inc. and Zapata*

**SRIPLAW**
21301 Powerline Road, Suite 100, Boca Raton, Florida 33433