UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20079-CIV-SINGHAL/LOUIS

BRUCE MUNRO and
BRUCE MUNRO, LTD.,

    Plaintiffs,

vs.

FAIRCHILD TROPICAL BOTANIC
GARDEN, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** has come before the Court upon Plaintiffs' Unopposed Motion to Defer Costs and Fee Matters during Pending Appeal (DE [229]), filed on March 2, 2022. Deferral of matters related to fees and costs under Fed. R. Civ. P. 54(d) is warranted in view of the appeal on the merits of this action (DE [222, 223]) that is now pending before the Eleventh Circuit. When an appeal has been filed, the Court may address matters subject to a motion under Rule 54(d), including the requested Bill of Costs (DE [224]), by "defer[ing] ruling on the motion until the merits appeal is concluded." 1993 Advisory Committee notes to Fed. R. Civ. P. 54(d). Resolution of the pending appeal may obviate potentially complex cost and fee issues, and if the Court were to decide these issues while an appeal remains pending, it would likely be necessary to repeat this procedure following the appeal. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that

1. Plaintiffs' Unopposed Motion to Defer Costs and Fee Matters during Pending Appeal (DE [229]) is **GRANTED**.

2. Matters for relief under Fed. R. Civ. P. 54(d), including costs or fee motions, are **DEFERRED** until the conclusion of the pending appeal in this action. Following the appeal's conclusion, the Parties shall, if necessary, agree on and propose to the Court a briefing schedule for motions under Rule 54(d).

3. The pending Bill of Costs (DE [224]) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of March 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
Hon. Lauren F. Louis