UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20079-CIV-SINGHAL

BRUCE MUNRO and BRUCE MUNRO, LTD.,

    Plaintiffs,

vs.

FAIRCHILD TROPICAL BOTANIC GARDEN *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants Kilburn Live, LLC, and Night Garden LLC's Notice of Bankruptcy (DE [273]).  Defendant Kilburn Live, LLC, and Night Garden, LLC, inform the Court that they have filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, *In re KL HOLDCO LLC et al.*, Case No. 24-12711. Defendants Kilburn Live, LLC, and Night Garden, LLC, claim that all further proceedings in the present action are stayed pursuant to the automatic stay provisions of 11 U.S.C. § 362 pending further order of the Bankruptcy Court.

"Although the scope of the automatic stay is broad, the clear language of section 362(a) stays actions only against a 'debtor.'" *Chicago Title Ins. Co. v. Lerner*, 435 B.R. 732, 735 (S.D. Fla. 2010).  Even so, "the protections of the automatic stay may be extended to enjoin litigation against non-bankrupt co-defendants of the debtor in 'unusual circumstances,' such as 'when there is such identity between the debtor and the third-party defendant . . . that a judgment against the third-party defendant will in effect be a judgment or finding against the debtor.'" *Lanard Toys Ltd. v. Toys "R" Us-Delaware, Inc.*,

2017 WL 5256870, at *4 (M.D. Fla. Nov. 13, 2017) (quoting *Kreisler v. Goldberg*, 478 F.3d 209, 213 (4th Cir. 2007)).  In light of the procedural posture of this case, in which final judgment has not yet been entered as to all Defendants, the Court requires further briefing regarding the appropriate scope of the automatic stay.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs **SHALL** show cause as to why this action should not be stayed as to all Defendants by submitting a response to Defendants Kilburn Live, LLC, and Night Garden LLC's Notice of Bankruptcy (DE [273]) on or by **January 17, 2025**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF